AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

E-filing

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) -- Distribution of Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) -- Distribution of Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count 1: 5-40 imprisonment, 4 years supervised release; $2 million fine, $100 special assessment
Count 2: Maximum 20 years imprisonment, 3 years supervised release, $1 million fine, $100 special assessment

### DEFENDANT - U.S.

▶ ARRINGTON DEWAYNE GREEN

DISTRICT COURT NUMBER

CR08-0045 DLJ

FILED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
DEREK BUTTS, SAUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

E-filing

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-0045

ARRINGTON DEWAYNE GREEN,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) -- Distribution of Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) -- Distribution of Cocaine Base

---

A true bill.

_____ Foreman

Filed in open court this 31st day of January, 2008.

_____ Clerk

Bail, $ No bail arrest warrant 1-31-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED

2008 JAN 31 PM 12: 48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-0045 DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARRINGTON DEWAYNE GREEN,<br><br>　　　　Defendant. | No.<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Distribution of Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Cocaine Base<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:　　(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) -- Distribution of Cocaine Base)

On or about June 6, 2007, in the Northern District of California, the defendant,

ARRINGTON DEWAYNE GREEN,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 9 grams of a mixture and substance containing cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and

INDICTMENT

1. 841(b)(1)(B)(iii).
2. COUNT TWO:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) -- Distribution of Cocaine Base)
3. On or about June 5, 2007, in the Northern District of California, the defendant,
4. ARRINGTON DEWAYNE GREEN,
5. did knowingly and intentionally distribute a Schedule II controlled substance, namely,
6. approximately 4.4 grams of cocaine base (in the form of "crack" cocaine), in violation of Title
7. 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
8. 
9. DATED:    January 31, 2008            A TRUE BILL.
10. 
11.                                       FOREPERSON
12. JOSEPH P. RUSSONIELLO
    United States Attorney
13. 
14. 
15. W. DOUGLAS SPRAGUE
    Chief, Oakland Branch
16. 
17. (Approved as to form: _____)
                           SAUSA BUTTS
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

INDICTMENT