**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  2/15/08**

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                               **No.** CR-08-00045-DLJ

**Defendant:**  Arrington DeWayne Green [present; in custody]

**Appearances for AUSA:**  Derek Butts

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
Setting/Stat                                   -HELD

**Notes:**

**Case Continued to  3/7/08 AT  9:00AM     for  STATUS**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                        for Pretrial Conference

**Case Continued to**         for               Trial

**Excludable Delay: Category: Begins:**    2/15/08        **Ends:** 3/7/08

Case 4:08-cr-00045-DLJ   Document 4   Filed 02/15/2008   Page 2 of 2