UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   3/7/08

**Clerk:** Frances Stone
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                        **No.** CR-08-00045-DLJ

**Defendant:**  Arrington Dewayne Green[ present; in custody]

**Appearances for AUSA:** Derek Butts

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                                        -HELD

**Notes:**

**Case Continued to**    3/21/08 AT 9:00AM    for   STATUS

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                          for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:**   3/7/08        **Ends:**  3/21/08