**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   3/21/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-08-00045-DLJ

**Defendant:** Arrington DeWayne Green [present; in custody]

**Appearances for AUSA:** Derek Butts

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                                          -HELD

**Notes:**

**Case Continued to**     4/4/08 AT 9:00AM          for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                              for Pretrial Conference

**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins:**  3/21/08          **Ends:** 4/4/08