UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/4/08

**Clerk: Frances Stone**
**Court Reporter: Not Held- Not Reported**

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-08-00045-DLJ

**Defendant:** Arrington DeWayne Green[in custody]

**Appearances for AUSA:** Derek Butts

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
STATUS                            -NOT HELD PER COURT CALENDAR

**Notes:**  Clerk spoke with attorneys and next date for this case is 4/18/08 at 9:00am for Status

**Case Continued to**              **for**

**Case Continued to:**      for
**Case Continued to:**      for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                       for Pretrial Conference

**Case Continued to**       for           Trial

**Excludable Delay: Category: Begins:**          **Ends:**