UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　　　Plaintiff(s),<br><br>-V-<br><br>Arrington DeWayne Green<br>　　　　Defendant(s), | CASE NO. CR-08-00045-DLJ<br><br>NOTICE |

TO:

　　Derek Butts
　　US Attorney's Office
　　1301 Clay Street, Ste. 340S
　　Oakland, CA 94612

　　Jerome Matthews
　　Federal Public Defender's Office
　　555-12th Street, Ste. 650
　　Oakland, CA 94607

　　YOU ARE HEREBY NOTIFIED THAT a Status Conference in the above entitled case will be held on Friday, April 18, 2008 at 9:00AM before Judge Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: April 7, 2008

　　　　　　　By: *Frances Stone*
　　　　　　　　　Frances Stone
　　　　　　　　　Clerk to D. Lowell Jensen