E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

9:41 Am – 9:55 Am

**FILED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 4/18/08

Case No: CR-08-00045-DLJ        Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO         Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

ARRINGTON DEWAYNE GREEN  Present? Y  In Custody? Y   JEROME MATTHEWS

US Attorney: DEREK BUTTS         Interpreter:          US Probation Officer:

Reason for Hearing:                                    Ruling:

STAT OR CHANGE OF PLEA                                  – HELD
GUILTY PLEA TO COUNTS 1 AND 2 OF INDICTMENT
PLEAS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED.

Notes: (OPEN PLEA – PLEA APPLICATION ONLY)

Case continued to: 7/11/08 AT 10AM for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
  Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: _____ Begins: _____ Ends: _____

CL. PROBATION