UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-08-00045-DLJ
Defendant's Name: ARRINGTON DEWAYNE GREEN
Defendant's Counsel: Jerome Matthews
Due Date: 7/11/08 AT 10AM

Courtroom: 1    Floor: 4th

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a:

- XX  Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

✓ cc: Probation
✓ cc: Counsel

RICHARD W. WIEKING, CLERK

by: _Frances Stone_, Deputy Clerk

Dated: 4/18/08

### US PROBATION OFFICE

Is defendant in custody?    Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____