JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DEREK BUTTS (CASBN 172207)
Special Assistant United States Attorney

1301 Clay Street; Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3771
Facsimile: (510) 637-3724
E-mail: derek.butts@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00045 DLJ |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | DATE: July 11, 2008 |
| ARRINGTON DEWAYNE GREEN, | TIME: 10:00 a.m. |
| Defendant. | Honorable D. Lowell Jensen |

For the reasons set forth below, the government respectfully requests that the Court sentence the defendant, Arrington Dewayne Green, to a term of 212 months imprisonment, 4 years of supervised release, no fine, and the $200 special assessment.

Factual Background

On June 5th and 6th of 2007, FBI agents and police officers from the Richmond Police Department and other agencies conducted an operation in the City of Richmond which was aimed at making undercover purchases of cocaine base, referred to on the street as "crack." A confidential informant was utilized for this purpose. The informant and the undercover vehicle

GOVT. SENT. MEM.
CR 08-00045 DLJ

1   that were utilized in this operation were outfitted with cameras capable of capturing video and
2   sound. On June 5th, the informant drove to the area of 8th Street and Lucas Avenue in Richmond,
3   California and asked for "Rodney." The defendant stated that "Rodney" was in Sacramento and
4   then when asked for some "hard" (i.e. crack cocaine), thereafter sold 4.4 grams of crack to the
5   informant (Count Two of the indictment). On June 6th, the informant returned to the same area
6   and contacted the defendant who thereafter sold 9.1 grams of crack to the informant. Both
7   transactions were effectively recorded.

8

9                           The Sentencing Guidelines

10      Pursuant to U.S.S.G. § 4B1.1(b), the defendant faces a guideline range of 188 to 235
11  months, as explained in the Presentence Investigation Report (PSIR). Probation, having
12  conducted its standard investigation of the defendant's background, states that nothing has been
13  revealed during that investigation that would justify a departure from the advisory guidelines
14  (PSIR ¶ 79) and recommends that the Court sentence the defendant to the low end term of 188
15  months. For the reasons set forth below, the Government requests the Court to sentence the
16  defendant to a term of 212 months.

17

18                        The Defendant's Past Criminal Cases

19      The defendant is a drug dealer in the 8th Street and Lucas Avenue area of Richmond,
20  California. He has been engaged in drug dealing and other criminal activity in this area for many
21  years. This conclusion is easily drawn from the facts of this case and from the background
22  information that probation was able to discover during its investigation. The defendant dropped
23  out of school after 9th grade. Since that time (a period of approximately 13 years), he reports
24  having been employed on just two occasions. Neither period of employment was claimed to
25  have lasted very long nor could the fact of employment be verified. Paragraph 55 of the PSIR
26  documents the fact that the defendant reports no assets, income or bank accounts. In reference to
27  the support of two children, there is no child support order but the defendant contributes to their
28  care when he is able. (PSIR ¶ 47). The only activity we know for certain that the defendant has

GOVT. SENT. MEM.
CR 08-00045 DLJ                  2

1   engaged in to support himself is drug dealing.

2       Further supporting the conclusion that the defendant has been a drug dealer for many years in

3   the 8th Street and Lucas Avenue area is his criminal history. The following is a summary of the

4   four incidents that led to the defendant's felony convictions, supported by police reports as

5   Exhibits 1 through 4:

6       On July 23, 1998 the defendant was convicted of possession of cocaine base for sale. In

7   that case, a Richmond Police Officer on May 6, 1998 observed what he believed was a

8   transaction where the defendant sold drugs to another person in front of 731 8th Street which

9   intersects with Lucas Avenue. The defendant was eventually detained by the officer and found to

10  possess 66 individually packaged pieces of cocaine base and $57.00 in cash. (See Exhibit 1 -

11  R.P.D. case #98-9522).

12      On March 16, 2000, Officer Mollenbernd of the Richmond Police Department observed a

13  known lookout to signal police presence to other individuals in the area at 8th Street and Lucas

14  Avenue. Officer Mollenbernd's attention was then focused on the defendant who appeared to be

15  placing objects in to his mouth, consistent in Officer Mollenbernd's experience with an attempt

16  to hide drugs. The defendant was arrested and found to be in possession of seven baggies of

17  cocaine base, two of which he unsuccessfully attempted to swallow and five of which were

18  secreted in his rectum (See Exhibit 2 - R.P.D. case #00-7060). The defendant was convicted of

19  possession of cocaine base in that case on July 2, 2001.

20      On June 5, 2001 Richmond Police were dispatched to a call regarding a man with a gun

21  chasing another person. Officer Moody, having received a good description of the suspect,

22  turned his vehicle south on 10th Street from Lucas Avenue and spotted the defendant, who

23  matched the description. The defendant walked to a nearby gas station where he threw the gun

24  into the vehicle of a woman getting gas and then ran from police before being captured (See

25  Exhibit 3 - R.P.D. case #01-14962). He was convicted in that case on July 2, 2001 of being a

26  felon in possession of a firearm.

27      On August 11, 2002, Richmond Police responded to 567 8th Street where the victim of a

28  gunshot wound, Aldon Grisby, was found. Officer Haupt inspected the clothing of the victim

GOVT. SENT. MEM.
CR 08-00045 DLJ                         3

1   which had been cut off by paramedics and found $727 cash and 5 baggies of suspected cocaine

2   base. Investigation at the scene and follow up by Detective Esparza revealed that the defendant

3   attempted to rob the victim and when the victim struggled, the defendant shot him.  (See Exhibit

4   4 - R.P.D. case #02-21824).  In this case, the defendant was convicted on June 19, 2003 of

5   assault with a firearm and an enhancement for causing great bodily injury and sentenced to state

6   prison for five years. The defendant was on parole for that offense when he committed the acts

7   charged in Counts 1 and 2 in the present indictment.

8          From the years 2001 through 2002, the defendant was also convicted in three separate

9   cases of driving with a suspended driver's license.

10

11                  A Sentence of Imprisonment of 212 Months is Reasonable and Appropriate

12         As a review of the four above cases indicates, the defendant is not simply a supplier of

13  drugs in the 8th Street and Lucas Avenue area of Richmond, but he has also demonstrated a

14  propensity to commit desperate and violent acts. In the June 5, 2001 case, police were

15  dispatched to a call regarding a man with a gun chasing another person. Although that aspect of

16  the case was never substantiated, the defendant's actions after being spotted by the police

17  demonstrate a complete disregard for the safety of other members of the public. And the act of

18  shooting a victim in the course of a robbery puts the defendant in a category with the most

19  violent criminals whose threat to the public safety of the citizens of our communities ends only

20  during periods of incarceration or when the criminal succumbs to the same type of violence that

21  he has shown his willingness to exact on others.

22         The present case also demonstrates the negative impact that the defendant has had on the

23  community. He is a supplier of crack cocaine, a distinctly evil drug which has a tremendously

24  negative impact on poor, predominantly African American communities. The impact is far

25  ranging: not only do the addicts suffer from its curse but law abiding citizens must also suffer

26  from the criminal behavior of the addicts who are under the influence of the drug or who commit

27  crimes to obtain money to supply their habit.

28         While the defendant is charged with two instances of selling crack cocaine, as outlined

GOVT. SENT. MEM.
CR 08-00045 DLJ                          4

1   above it is apparent that this criminal behavior is a way of life for the defendant. The
2   circumstances of this case solidify that conclusion. On June 5, 2007, an undercover informant
3   drove to the area of 8th Street and Lucas Avenue intent upon purchasing crack. When the
4   informant pulled over and made verbal contact with the defendant (who was unknown to the
5   informant), the defendant readily agreed to a sale and immediately secured 4.4 grams of crack
6   which he delivered to the informant in exchange for $160.00. After the exchange, the defendant
7   stated in reference to his "trade:" "I sell 'em for twenties, all day." The defendant even provided
8   his phone number so that he could supply the informant in the future. Without arranging for
9   another transaction, the informant drove to the same area on the following day and encountered
10  the defendant once again at which time a second transaction was arranged for a larger amount of
11  crack. The defendant then drove approximately one block where he met another individual at a
12  residence to acquire the crack to sell to the informant. The transaction was completed at that
13  location for $300. Given the defendant's history and the circumstances of the two charged
14  transactions, the defendant's fixture as a supplier of crack at 8th Street and Lucas Avenue cannot
15  be disputed.

16          As outlined in the PSIR, the defendant's current charges and prior convictions qualify
17  him as a career offender under U.S.S.G. § 4B1.1. Since the offense charged in Count One of the
18  indictment carries a maximum penalty of forty years, the defendant's base offense level is 34.
19  The only positive aspect of this entire case that can be attributed to the defendant is his clear
20  acceptance of responsibility and timely notification of an intention to plead guilty. For this, the
21  defendant has earned a three-level downward adjustment for a total offense level of 31.
22  Computed with a criminal history category of VI, the advisory guideline range is 188-235 months
23  in prison.

24          The Government has yet to be apprised of any reasons asserted by the defendant in
25  support of a downward departure from the advisory guideline range. A review of the sentencing
26  factors set forth in 18 U.S.C. 3553 in light of what is known about the defendant's conduct in this
27  case and his history and characteristics does not reveal anything that might favor leniency. This
28  is the conclusion reached by Probation in the PSIR.

GOVT. SENT. MEM.
CR 08-00045 DLJ                          5

1    On the other hand, the factors set forth in 18 U.S.C. § 3553 support the Government's

2 request that the defendant be sentenced to a term of 212 months, a figure in the middle range of

3 the advisory guidelines. While these factors are prone to a certain subjectivity in their

4 application, the Government would like to emphasize that two are especially applicable to the

5 defendant and supportive of the punishment requested.

6    First, 18 U.S.C. § 3553(a)(1) requires the Court to consider that nature and circumstances

7 of the case and the history and characteristics of the defendant. The nature and circumstances of

8 the case, viewed discretely and objectively, do not evidence notably serious or notably minor

9 instances of selling crack cocaine. These were not ounce-level deals. Nor were they sales of a

10 single piece or "rock" of crack cocaine. The deals were arranged as 1/4 ounce and ½ ounce

11 amounts, although less crack than arranged was delivered by the defendant on both occasions.

12 But the defendant's history and characteristics do strongly support a sentence in the middle range

13 of the advisory guidelines. The known facts and obvious inferences drawn from them show that

14 the charged transactions represent a mere fraction of the drug dealing activities of the defendant.

15 The prior conviction from 1998 shows that the same behavior was occurring at least nine years

16 prior. The incident leading to the conviction for simple possession in 2001, where defendant was

17 tipped to police presence by a lookout and attempted to swallow cocaine base is yet another solid

18 set of facts to show that the defendant's drug dealing activities were continuing despite his prior

19 conviction.

20    Second, 18 U.S.C. § 3553(a)(2)(C) sets forth as an objective in sentencing the goal of

21 protecting the public from future crimes of the defendant. Quite frankly, nothing has stopped the

22 defendant yet. He has been convicted, placed on probation, imprisoned for five years and

23 paroled, all with no effect on his propensity to deal drugs and commit violent crimes. He is a

24 high school dropout with essentially zero legitimate work experience. And the fact that all of the

25 felony crimes for which the defendant has been held accountable have occurred in the area of 8th

26 Street and Lucas Avenue ominously suggest that he at least feels that he can sell drugs and

27 commit crimes there in relative safety. A sentence of 212 months will effectively eliminate the

28 defendant's ability to victimize the community. Given his history, a lengthy period of

GOVT. SENT. MEM.
CR 08-00045 DLJ                6

1   incarceration is the only means by which public safety can be assured.

2

3                          <u>Conclusion</u>

4        The government respectfully requests that the Court sentence the defendant to a term of

5   212 months imprisonment, 4 years of supervised release, no fine, and the $200 special

6   assessment.

7

8   Dated: July 1, 2008                   Respectfully submitted,

9                                 JOSEPH P.RUSSONIELLO
                                United States Attorney

10

11                                 Derek Butts
                                Special Assistant United States Attorney

# EXHIBIT 1

RICHMOND POLICE DEPARTMENT 0710
401 27th Street
Richmond, CA. 94804

| 1 Case No. | 2 |
|---|---|
| 98-09522 | Page 1 |

| | | | |
|---|---|---|---|
| Code Section | HS11351.5 | Date & Time Occurred - Day | May 06 1998 18:31     WEDNESDAY |
| Title | POSS/ETC BASE/ROCK | Date & Time Reported | May 06 1998 18:31 |
| Classification | COCAINE F/SALE | Where Occurred | |
| | ○ Felony | IFO 731 - 8TH ST | |
| | ○ Misdemeanor | RICHMOND | CA |
| | ○ Other | | |

## Narrative

Additional Suspect Information:  Wearing a puffy down-style jacket with a blue windbreaker underneath, blue jean pants and black boots.

See the attached narrative.

DATA
MAY 07 1998
ENTRY

RECORDS

## Victim

| | | | |
|---|---|---|---|
| Victim Name - (Firm if Business) | STATE OF CALIFORNIA | D.O.B. | Sex |
| Residence Address | | Race | Age |
| | | Business Address/School | |
| Res. Phone | | | |
| Occupation | | Bus. Phone or Ofc | |

## Involved

| | | | |
|---|---|---|---|
| INVL    REP  Victim Name | ROBINSON, OFC L., #413 | D.O.B. | Sex |
| Residence Address | | Race | Age |
| | | Business Address/School | |
| Res. Phone | | | |
| Occupation | RPD OFFICER | Bus. Phone or Ofc    620 6643 | |

## Suspect

| | | | | |
|---|---|---|---|---|
| Suspect (Last, First, Middle) | GREEN, ARRINGTON DEWAYNE | D.O.B. | Jan 20 1979 | Sex M |
| Nickname/AKA | GREEN, DEWAYNE | Race | B | Age 19 |
| Suspect Address | | Ht | 601 | Wt 175 |
| 5823 ALAMEDA AV, APT D | | Hair | BLK | Eyes BRO |
| EL CERRITO | CA | Clothing | Arrest #A98-02123/see narrative | |

A98-02123

| | | | | |
|---|---|---|---|---|
| ROBBERY | COM REL. | INTEL | 8 OF 1 | |
| A.T. | HOMICIDE | PROPERTY | STAT | R. FILE |
| ADM. | JUV | VICE | STATE | TOTAL |
| S.S. CAPT. | FRAUD | Q.A. | DA | |
| UNI CAPT | CIB CAPT. | TRAFFIC | I.A. | |

SGT. G. RUHL      MAY 07 1998

RICHMOND POLICE DEPARTMENT 0710
401 27th Street
Richmond, CA. 94804

| 1 Case No. | 2 |
|---|---|
| 98-09522 | Page  2 |

## Reporting

| | | | | |
|---|---|---|---|---|
| Reporting Officer OFC L ROBINSON | | Serial No. **413** | Date Transcribed | |
| Transcriber  PRT T DART | | Serial No. **1196** | **May 06 1998** | |

## Routing

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Robbery | S.S. Capt. | Homicide | Vice | Stat | I.A. | | Approved By | | |
| R.T. | Uni. Capt. | Juv. | C.A. | State | R. File | | | | |
| ADA. | Com Rel | Fraud | Traffic | D.A. | Total: | | Serial No | Date | |

SGT. G. RUM.    MAY 07 1998

| RICHMOND POLICE DEPARTMENT 0710 | CASE NO: |
|---|---|
| | 98-09522 |
| **Patrol Bureau Supplement** | PAGE NO: |
| | 3 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| HS11351.5 | POSS/ETC BASE/ROCK COCAINE F/SALE | IFO 731 - 8TH ST | **RECORDS** |

| VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | |

On Wednesday 05/06/98, at 1831 hrs, I was driving w/b on Pennsylvania in the #2 lane just crossing 8th St. My attention was drawn to the suspect and another BM in the 700 block of 8th St along the w/c/l near the residence of 717 - 8th St.

I observed that the suspect, who was the taller of the two, appeared to be holding something in his cupped hand with his arm extended outward and the BM (suspected narcotic buyer) appeared to be looking down in the suspect's hand. I then observed the suspect and the BM both look up and I observed an unknown hand exchange from the suspect to the unknown BM. I continued driving w/b on Pennsylvania to 7th St and n/b down 7th St to Lucas. I then made a right turn onto Lucas, headed one block east on Lucas to 8th St, then made a right turn onto 8th St, now continuing s/b on 8th St from Lucas. As I was driving s/b on 8th St, I saw the suspect, who was now alone, walking n/b on 8th St along the w/c/l.

I drove up to the suspect's location and exited my vehicle. I advised the suspect that I stopped him because it appeared that he and the BM were conducting a drug transaction. The suspect then replied, "I wasn't selling drugs." I then asked the suspect if I could search him. The suspect says yes. Prior to me searching the suspect I asked the suspect where his dope was. The suspect then replied, "It's in my left pants pocket. I only got a little bit." I then placed the suspect under arrest for investigation of narcotics. Incident to arrest, I searched his left pocket and found a sandwich bag tied in a knot which contained 66 smaller, individually packaged, ziplock baggies which contained an off-white substance that looked similar to rock cocaine.

I also located one $10 bill and three $1 bills in the suspect's right-front pocket.

I then transported the suspect to the Hall of Justice for booking and processing. Upon my arrival to the Hall of Justice, I conducted a warrant check and a criminal history check. The warrant check revealed the suspect had an outstanding no-bail warrant for violation of probation. Refer to the attached printout. The criminal history check revealed the suspect had two previous arrests. One arrest was for PC166 A4 (Disobey Court Order), with disposition Juvenile Hall. The second arrest was for Minor in Possession of Concealable Firearm w/o Parents' Consent. That disposition was also Juvenile Hall.

At 1929 hrs, reading from my Miranda waiver card, I read the suspect his rights. The suspect said, "Yes,

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| OFC L ROBINSON, #413 | td | 5/6/98 | SGT. G. RUHL    MAY 07 1998 |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other | Assigned: |
|---|---|---|---|---|---|---|---|---|---|---|
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Capt. | CIB Capt. | Traffic | I.A. | Other | Total |

| | CASE NO: |
|---|---|
| # RICHMOND POLICE DEPARTMENT 0710 <br> ## Patrol Bureau Supplement | 98-09522 |
| | PAGE NO: |
| | 4 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | RECORDS |
|---|---|---|---|
| HS11351.5 | POSS/ETC BASE/ROCK COCAINE F/SALE | IFO 731 - 8TH ST | |

| VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | |

sir," to question #1. The suspect shook his head indicating no to question #2. No further questions were pursued.

I conducted a presumptive test on the baggie that I marked "#2" which tested positive for cocaine base. I weighed the narcotics and the weight was 13.75 grams.

I conducted a strip-search on the suspect's person and did not locate any further narcotics on his person. However, in his left-rear pocket I located five $5 bills, one $10 bill and nine $1 bills. The total currency the suspect had was $57. The money was retained in the suspect's possession.

I booked the suspected narcotics in locked Vice Locker #1 at RPD.

It should be noted that I have made approximately 275 to 300 arrests for drug-related offenses during my tenure as an RPD officer. The action I observed between the suspect and the other unidentified BM was consistent with a street level deal. It should also be noted this area has a long-standing history of narcotic trafficking in the area. The two drugs of choice in this particular area are rock cocaine and marijuana. It should also be noted that I have made several arrests for possession for sales of cocaine and possession for sales of marijuana in the nearby surrounding area.

I recommend this report be routed to the DA's Office for review on a criminal complaint.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY | MAY 07 1998 |
|---|---|---|---|---|
| OFC L ROBINSON, #413 | td | 5/6/98 | SGT. G. RUHL | |

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stat ___ | Admin. ___ | Juv. ___ | Vice ___ | Other: ___ | Assigned: ___ |
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other: ___ | Total ___ |

98-9520

**RECORDS**

```
05/06/98  19:35:02 PRINT REQUESTED BY TERMINAL REC1
05/06/98  19:16:46
1JN100000001RHG01
**WARRANT ABSTRACT** HELD BY: CONTRA COSTA COUNTY SHERIFF
TYPE: RTCO MISDEMEANOR
WRNT-NBR: EHD31669CONTROL-NBR: 234228 DOW: 01/15/1998
BAIL:NO BAIL
NAME: GREEN ARRINGTON DEWAYNE        DOB: 01/28/1979
DESC: MB 600 160 BLK BRO  OLN: X3683787   CA SSN: 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
SMT:
SID: A09011103 FBI: FCN: 1429801700497
ADDR: RESID:  824 48TH AVE        OAKLAND       CA 94605-0000
WANT-REASONS: FTA FOR JAIL/WAP
CHGS: MISDPC 1203.016C
WANT INSTRUCTIONS: NO SIGNED PROMISE RELEASE
NO BAIL ALLOWED
BAIL MAY NOT BE FORFEITED
NIGHT SERVICE NOT AUTHORIZED
JUDGE: WARREN E. RUPF   COURT: CO CO CTY SHERIFF'S CUSTY. ALTRN'V BU
CASE AGENCY: 00700   RPT-NUMBER: J94-01153  DATE:
<<< ABSTRACT REQUESTED BY     CCCSO    05/06/1998 19:18:43>>>
ADDITIONAL INFORMATION:
RICHMOND PLS ADVISE RECEIPT OF THIS WRNT TO MNE#MRT  THANKS
==> COPY-OF-ABSTRACT-SENT-TO: RHD0
 ** PLEASE ADVISE DISPO *** PLEASE LOCATE IN WPS,IF NECESSARY ***
```

PLEASE PRINT

# RECORDS

DETAIN: PPD    ARRESTING AGENCY: CELAND POLICE DEPT    AGENCY CODE: 034    DOB: 012-18-1    CASE #: 76-902    AGE: 19    DATE: 05/08

SEX: M    RACE: B    HAIR COLOR: BLK    EYE COLOR: BRO    HT: 602    WT: 175    GLASSES: Yes    No

AKA's: _____    D.L. #: X3493787    PLACE OF BIRTH (State): CA    SKIN: Fair  Medium  Olive  Dark

SOC. SEC. #: 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    SCARS/MARKS/TATTOOS: _____

ADDRESS: 3503 ALAMEDA AVE D, EL CERRITO CA    Phone #: 235-55__

EMPLOYMENT: Occupation: LABOR    Name of Business: _____

Business Address: UNEMPLOYED    Phone: _____

EMERGENCY CONTACT: Name: HAYES, SHEILA    Relationship: MOTHER

Address: 3503 ALAMEDA AVE #D, EL CERRITO CA    Phone: 235-59__

---

**ON VIEW CHARGES**

I. FELONY: ___  Committed in my presence. (0)
   ✓  I have reasonable cause to believe arrestee committed the felony listed below.

Be precise in listing charges, degrees.  Subsections MUST be given.

| SECTION & CODE | DEGREE | CRIME TITLE |
|---|---|---|
| 11351.5 H&S | F | POSS FOR SALES OF NARCOTICS |

MISDEMEANOR: ___  Committed in my presence (0).

___  Citizen's arrest pursuant to 847 PC (Attach Citizen's Arrest Form - S.O. only) (Z)

Be precise in listing charges, degrees.  Subsections MUST be given.

| SECTION & CODE | DEGREE | CRIME TITLE |
|---|---|---|
| | | |

---

**WARRANTS**

II. ___  Local (W) Felony/Misd. Warrant    #_____    Charge _____
    ___  Foreign (F) Felony/Misd. Warrant    #BND31607    Charge PL 1203.016C
    ___  Requirements of CVC 40304.5 have been fulfilled _____    Date / Time

---

**OTHER AUTHORITIES**

III. Complete only if Sections I or II do not apply.
    ___  Commitment (C) #_____    #_____
    ___  Remand (R)    #_____    #_____
    ___  Parole (P)    ___  Removal Order (R)

---

COURT (Check One)
    ___  Walnut Creek/Danville Municipal (01) __✓__  Bay Municipal (02)
    ___  Mt. Diablo Municipal (03) --    Concord (1,2) --    Martinez (3.4)
    ___  Delta Municipal (04)    ___  Superior Court (05)
Court not listed above: _____

PRINTED BY ARRESTING AGENCY: __X__ YES    ___ NO

ARREST LOCATION: IFO 531 8TH ST, RICHMOND    05/08    1531K
    Address or Field Location    City    Date    Time
    Location of Vehicle _____
    Towed/Stored _____

---

REMARKS: ROBINS #4112
    Arresting Officer/Badge #    Transporting Officer/Badge #

White - Booking    Yellow - Classification    Pink - Arresting Agency

BET 020:FRM    Rev. 7/90

CONTRA COSTA BOOKING AUTHORITY

RICHMOND POLICE DEPARTMENT

PROPERTY RECEIPT & RELEASE FORM

Form No. R.P.D. 87-1



RECORDS

```
qqqqqqqqqqqqqqqq  POLICE ARREST-CITATION REPORT/PERSON SECTION  qqqqqqqqqqqqqqqq
Dr   980009522 Area __ Inc-Date 05-06-1998 Nat-Call 1194_____ Mast-Rel 345062
Invl ARR Nam GREEN,ARRINGTON DEWAYNE_____ Sex M Rac B Dob 01-28-1979  Age 19
Hgt  600   Wgt 175  Hai BLK  Eye BRO  Skn __ Oln X3683787_____  Ols CA
Eth  _    Pob CA   Smt _____ Soc 573596341 Rpd RA11228__ Fbi _____
          CII _____ CIIN _____ Jain _____  Mni 515088_
Adr  5823 ALAMEDA AVE #D_____        Mli  140071
City EL CERRITO___  St CA   Zip _____  Phon 235-5585_____  Phon-Typ _
qqqqqqqqqqqqqqqqqqqqqqqq  ARREST/BOOKING SECTION  qqqqqqqqqqqqqqqqqqqqqqqq
Ar-Typ A  Ar-Date 05-06-1998-18:31  Bk-Date 05-06-1998-19:50  Bk-No A982123
Ar-Loc 700 8TH ST_____  Ar-City RICHMOND_____ Rd 624____
Bk-Area IT  Ar-Ori CA0071000  Bk-Ori CA0071000  Bal __ Fp Y Cite-Num _____
Off 413___  Asgn C10F  Off2 ____  Asgn2 ____           Reas CJ_
Stat BOOK Ar-War _____  War-Ori _____  Acg-Seq ___  Arr-Seq 1__
Chg  HS11351 5_____  Lvl F  Multi Y  Chg-Lit POSS/ETC BASE/ROCK C
Mug Y Rlto-Ori CA007013C Rel-Date 05-07-1998-12:30 Dispo FEL  Crt-Ori _____
Crt-Chg _____  Crt-Lvl _  Crt-Dispo _____  Dis-Date ____
                        ARREST DETAILS
Aka  _____  DOB _____  Aka-City _____
Occ   LABOR_____  Emplr _____  Phon _____
Pob   CA Cob RICHMOND_____  Deformit _____
Vehc  N  Lic _____  Lis _____  Hbd N  Uia N  Inf-Des N
Drg-Use N Drg-Type _____  Tb N Vd N Hep N Vis-Inj N  Desc _____
Dr-Care N Rea _____  Med N Med-Typ _____  Men-Care N  Prob _____
Fem-Prob N  Preg N  Oth-Rem _____
Juv-Auth _____ Nfy-Off ____  Par-Gua _____  Phon2 _____
Phone-1 689-7792_____  Date-1  05-06-1998-20:29    Comp-1 N   Off-1 1090__
Phone-2 374-7022_____  Date-2  05-06-1998-07:45    Comp-2 Y   Off-2 1132__
Phone-3 _____   Date-3  _____           Comp-3 _   Off-3 _____
Srch-By 413___          Strp-Aut _____  Proc-By 1090__  Date 05-06-1998-19:50
Prop-By 1090__          War-Chk 1090__
   lqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqq  REMARKS  qqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqk
   x  _____  x
   x  _____  x
```

| CHG-CODE | CHARGE LITERAL | | LVL | TYP | DR-CLRD | BAIL |
| WARRANT NUM | RESPONSIBLE AGENCY | | | | | RELEASE |
| HS11351 5 | POSS/ETC BASE/ROCK COCAINE F/S | | F | OV | 980009522 | 30000 |
|  | CA0071000  RICHMOND PD | | | | | CJ |
| OSW MIS | OUTSIDE WARRANT - MISDEMEANOR | M | WR | | | NONE |
| EHD31669 |  | CONTRA COSTA SHERIFF | | | | |

| ROBBERY | COM. REL. | INTEL | STAT | R. FILE |
| A.T. | HOMICIDE | PROPERTY | STATE | TOTAL 3 |
| ADM. | JUV | VICE | DA | ASSIGNED |
| B.S. CAPT. | FRAUD | C.A. | I.A. | Vice |
| ITEM CAPT. | CIB CAPT. | TRAFFIC | | |

SGT. G. RUHL    MAY 1998

| | | CASE NO: |
|---|---|---|
| **RICHMOND POLICE DEPARTMENT 0710** | | 98-09522 |
| Investigative Bureau Supplement | | PAGE NO: |
| | | 1 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| HS 11351.5 | POSS OF CONTROLLED SUBSTANCE FOR SALE | 731 8TH ST | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | 5-6-98 |

DATE OF SUPPLEMENT:        5-8-98

SUSPECT:        GREEN, ARRINGTON DEWAYNE

DATE CHARGED:        5-8-98

DISTRICT ATTORNEY:        DDA W. CLARK

CHARGE:        HS 11351.5

EVIDENCE:        HOLD

PROPERTY:        HOLD

CLEARANCE:        A/C

| REPORTING OFFICERS *e.s.* DET. E. SOUSA, #1025 | TYPED BY mjs | DATE 5/11/98 | ROUTED BY |
|---|---|---|---|

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stat ___ | Admin. ___ | Juv. ___ | Vice ___ | Other: ___ | Assigned: ___ |
|---|---|---|---|---|---|---|---|---|---|---|
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other: ___ | Total ___ |

98-9522

# FORENSIC SERVICES DIVISION
Office of the Sheriff Contra Costa County

## REPORT OF CONTROLLED SUBSTANCES EXAMINATION

Page __1__ of __1__

| Laboratory Number | Offense(s) | Date(s) Examined |
|---|---|---|
| 98-03522-A | CONTROLLED SUBSTANCE | 5/27/98 |

| Requesting Agency & Case Number | Date of Request | Examination Requested By |
|---|---|---|
| RICHMOND POLICE DEPARTMENT<br>98-09522 | 05/12/98 | ROBINSON |

| Complainant(s) | Subject(s) |
|---|---|
| PEOPLE | GREEN, ARRINGTON D |

## DESCRIPTION OF EVIDENCE

Evidence brought to the laboratory by POLICE ASSISTANT CARNEY (LOCK BOX)

Envelope __1__ of __1__. One tape sealed controlled substances envelope containing:

| Item Number | Number/Packaging | Item Description | Source |
|---|---|---|---|
| 1 | 66 plastic bag(s) ___ paper bindle(s) | ☐ powder/crystals ☒ chunky material ☐ plant material ☐ | ☒ suspect *pant pocket* ☐ other |
| | ___ plastic bag(s) ___ paper bindle(s) | ☐ powder/crystals ☐ chunky material ☐ plant material ☐ | ☐ suspect ___ ☐ other ___ |
| | ___ plastic bag(s) ___ paper bindle(s) | ☐ powder/crystals ☐ chunky material ☐ plant material ☐ | ☐ suspect ___ ☐ other ___ |

## EXAMINATION RESULTS

| Item Number | Number Examined | Results of Examination | Schedule | Weight(s) (grams) | Total Weight (grams) | Comments |
|---|---|---|---|---|---|---|
| 1 | 7 of 66 | ☒ cocaine ☒ base ☐ salt<br>☐ methamphetamine<br>☐ marijuana ☐ | ☐ not controlled<br>Ⓘ II III IV V | 0·19<br>0·13<br>0·20<br>0·17 | ☒ estimated<br>10·79 | ☐ No controlled substanced detected<br>☐ Not examined |
| | | ☐ cocaine ☐ base ☐ salt<br>☐ methamphetamine<br>☐ marijuana ☐ | ☐ not controlled<br>I II III IV V | 0·11<br>0·15<br>0·13 | ☐ estimated | ☐ No controlled substanced detected<br>☐ Not examined |
| | | ☐ cocaine ☐ base ☐ salt<br>☐ methamphetamine<br>☐ marijuana ☐ | ☐ not controlled<br>I II III IV V | | ☐ estimated | ☐ No controlled substanced detected<br>☐ Not examined |

Remarks: _____

| Signature & Date | Distribution: |
|---|---|
| Nivanjit Gill   5/27/98<br>Reported By & Title<br>**Nivanjit Gill, Forensic Toxicologist**<br>Approved By Supervising Criminalist | ☒ Agency ___<br>☒ District Attorney *Richmond*<br>☐ Other ___<br>☒ File ___ |
| | For Additional Information, Call:   313-2800 |

CL-175  (Rev 10/95)

# EXHIBIT 2

# RICHMOND POLICE DEPT.   0710

401 - 27th Street
Richmond, California 94804

☐ DOMESTIC VIOLENCE
☐ VIC VIOLENT CRIME 60 OR OLDER

HATE RELATED ☐
IN CUSTODY ☒

| 1 CASE NO. | 2 |
|---|---|
| NOT P 0060 | PAGE 1 OF 2 |

**OCCURRENCE**

| 3 CODE SECTION | 4 TITLE | 5 CLASSIFICATION | 6 |
|---|---|---|---|
| 11350(a) H+S | Possession of Rock Cocaine | JAN 17 2000 | FELONY ☒ MISDEMEANOR ☐ |

| 7 DATE & TIME OCCURRED - DAY | 8 DATE & TIME REPORTED | 9 WHERE OCCURRED |
|---|---|---|
| 3-16-00/1444 THRS | SAME | 800 BLOCK 8TH ST. RICHMOND |

**VICTIM**

| 10 VICTIM NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 11 RESIDENCE ADDRESS | 12 RES PHONE |
|---|---|---|
| STATE OF CA | | |

| 13 OCCUPATION | 14 D.O.B | 15 SEX | 16 RACE | 17 AGE | 18 BUSINESS ADDRESS/SCHOOL | 19 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| | | | | | | |

| COMPLETE IF PERSONAL INJURY OR RAPE | 20 WHERE HOSPITALIZED | 21 DATE/TIME | 22 ATTENDING PHYSICIAN | 23 CHART NUMBER | 24 NATURE OF INJURY |
|---|---|---|---|---|---|
| | | | | | |

**OTHERS INVOLVED**

INVL CODES   VIC = VICTIM   WIT = WITNESS   RE P = REPORTING PARTY

| 25 INVL | 26 NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 27 RESIDENCE ADDRESS | 28 RES PHONE |
|---|---|---|---|
| WIT | OFC WASHINGTON #1243 | | |

| 29 OCCUPATION | 30 DOB | 31 SEX | 32 RACE | 33 AGE | 34 BUSINESS ADDRESS/SCHOOL | 35 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| POLICE OFFICER | | | | | 401 27TH ST. RICHMOND | 620-6643 |

| 36 INVL | 37 NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 38 RESIDENCE ADDRESS | 39 RES PHONE |
|---|---|---|---|
| WIT | DOZIER, ETERRA L. | HOMELESS | |

| 40 OCCUPATION | 41 DOB | 42 SEX | 43 RACE | 44 AGE | 45 BUSINESS ADDRESS/SCHOOL | 46 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| | 5-25-83 | F | B | 16 | | |

| 47 INVL | 48 NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 49 RESIDENCE ADDRESS | 50 RES PHONE |
|---|---|---|---|
| | | | |

| 51 OCCUPATION | 52 DOB | 53 SEX | 54 RACE | 55 AGE | 56 BUSINESS ADDRESS/SCHOOL | 57 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| | | | | | | |

58 ADDITIONAL VICTIM(S)/WITNESS(ES)? ☐

| 59 SUSPECT #1 (LAST, FIRST, MIDDLE) | 60 NICKNAME-AKA | 61 DOB | 62 SEX | 63 RACE | 64 AGE | 65 HT | 66 WT | 67 HAIR | 68 EYES |
|---|---|---|---|---|---|---|---|---|---|
| GREEN ARRINGTON DEWAYNE | | 1-28-79 | M | B | 21 | 6-2 | 160 | BLK | BRN |

| 69 SUSPECT'S ADDRESS | 70 CLOTHING DESCRIPTION | 71 CITE # | 72 ARREST # | 73 MIRANDA |
|---|---|---|---|---|
| 2900 #107 RULLMAN AV. | RED T-SHIRT BLUE JEANS, BLUE T-SIDES | | 1203 | ☒ YES ☐ NO |

| 74 SUSPECT #2 (LAST, FIRST, MIDDLE) | 75 NICKNAME-AKA | 76 DOB | 77 SEX | 78 RACE | 79 AGE | 80 HT | 81 WT | 82 HAIR | 83 EYES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 84 SUSPECT'S ADDRESS | 85 CLOTHING DESCRIPTION | 86 CITE # | 87 ARREST # | 88 MIRANDA |
|---|---|---|---|---|
| | | | | ☐ YES ☐ NO |

| 89 SUSPECT BUILD | 90 COMPLEXION | 91 HAIR STYLE | 92 HAIR LGTH/TYPE | 93 FACIAL HAIR | 94 GENERAL APPEARANCE | 95 SPEECH | 96 DEMEANOR |
|---|---|---|---|---|---|---|---|
| 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT |
| U ☐☐ Unknown | UK ☐☐ Unknown | UNKN ☐☐ Unknown | UNK ☐☐ Unknown | UNKN ☐☐ Unknown | NK ☒☐ Unknown | UNK ☐☐ Unknown | UNK ☐☐ Unknown |
| T ☐☐ Thin | AC ☐☐ Acne | AFRO ☐☐ Afro | BALD ☐☐ Bald | CLSH ☒☐ Clean Shave | CS ☒☐ Conservative | ACC ☐☐ Accent ___ | ANG ☐☐ Angry |
| ☒☐ Muscular | DR ☐☐ Dark | BRAD ☐☐ Braided | COLLA ☐☐ Collar | FULW ☐☐ Full Beard | DR ☐☐ Dirty | LSP ☐☐ Lisps | APO ☐☐ Apologetic |
| A ☐☐ Average | FR ☐☐ Freckled | BUSH ☐☐ Bushy | LONG ☐☐ Long | FUMA ☐☐ Fu Manchu | DS ☐☐ Disguise | LOU ☐☐ Loud | CAL ☐☐ Calm |
| H ☐☐ Heavy | LT ☐☐ Light | GRSY ☐☐ Greasy | SHOU ☐☐ Shoulder | GOAT ☐☐ Goatee | FL ☐☐ Flashy | LOP ☐☐ Low Pitched | DSO ☐☐ Disorganized |
| | ME ☒☐ Medium | MILT ☐☐ Military | SHOR ☒☐ Short | LOWL ☐☐ Lower Lip | GL ☐☐ Good Looking | HIP ☐☐ High Pitched | IRR ☐☐ Irrational |
| | PA ☐☐ Pale | PONY ☐☐ Ponytail | COAR ☐☐ Coarse | MUST ☐☐ Mustache | ML ☐☐ Military | OFF ☐☐ Offensive | NER ☐☐ Nervous |
| | PM ☐☐ Pocked | PROC ☐☐ Processed | FINE ☐☐ Fine | NFUZ ☐☐ Neck Fuzz | UK ☐☐ Unkempt | NES ☐☐ Non English Speaking | POL ☐☐ Polite |
| | RU ☐☐ Ruddy | STRA ☐☐ Straight | THIC ☐☐ Thick | SIDE ☐☐ Sideburns | UN ☐☐ Unusual Odor | | PRO ☐☐ Professional |
| | SA ☐☐ Sallow | WVCL ☐☐ Wavy/Curly | THIN ☐☐ Thinning | UNSH ☐☐ Unshaven | WG ☐☐ Well Groomed | NOM ☐☐ Normal | STU ☐☐ Stupor |
| | TA ☐☐ Tanned | WIG ☐☐ Wig | WIRY ☐☐ Wiry | VNDK ☐☐ Van Dyke | CA ☐☐ Casual | TLK ☐☐ Talkative | VIO ☐☐ Violent |
| | OT ☐☐ Other | CORN ☐☐ Corn Rows | SHAV ☐☐ Shaved | OTHR ☐☐ Other | CC ☐☐ Clean Cut | RAP ☒☐ Rapid | NOR ☐☐ Normal |
| | | CREW ☐☐ Crew Cut | RCHL ☐☐ Receding | | OT ☐☐ Other | DISF ☐☐ Disguised | PFN ☐☐ Profane |
| | | OTHR ☐☐ Other | MED ☐☐ Medium | | | SOF ☐☐ Soft | EFF ☐☐ Effeminate |
| | | PUNK ☐☐ Punk | | | | STU ☐☐ Stutter | |

| 97 FURTHER SUSPECT DESCRIPTION (I.E., GLASSES, TATTOOS, TEETH, BIRTHMARKS, JEWELRY, SCARS, MANNERISMS, WEAPONS, CLOTHES, SHOES, MASKS, HATS, GLOVES, DEFORMITIES, ETC.) | |
|---|---|
| SUSPECT 1: | 98 ADDITIONAL SUSPECTS LISTED? ☐ YES ☐ NO |
| SUSPECT 2 | |

**VEHICLES**

INVL CODES   VIC = VICTIM   SUS = SUSPECT   OTH = OTHER

| 99 INVL | 100 LICENSE NUMBER | 101 LIS | 102 LIY | 103 V YR | 104 V MA | 105 V MO | 106 V ST | 107 V CO |
|---|---|---|---|---|---|---|---|---|
| SUS | 4BZD434 | CA | 00 | 81 | DATS | B210 | 2D | TAN |

| 108 TOWED TO | 109 HOLD ☐ YES ☐ NO | 110 ADDITIONAL VEHICLE IDENTIFIERS (DAMAGE, CHROME WHEELS, VIN, ETC) |
|---|---|---|
| | | TINTED REAR & SIDE WINDOWS (REAR) |

| 111 INVL | 112 LICENSE NUMBER | 113 LIS | 114 LIY | 115 V YR | 116 V MA | 117 V MO | 118 V ST | 119 V CO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 120 TOWED TO | 121 HOLD ☐ YES ☐ NO | 122 ADDITIONAL VEHICLE IDENTIFIERS (DAMAGE, CHROME WHEELS, VIN, ETC) |
|---|---|---|
| | | |

**ROUTING**

| 123 ROUTING | | | | | 124 REMARKS |
|---|---|---|---|---|---|
| ROBBERY | COM REL | | | | |
| A.T. | HOMICIDE | PROPERTY | STAT | R FILE | |
| ADM | JUV | VICE | STATE | TOTAL | |
| S.S CAPT | FRAUD | C A | D.A. | ASSIGNED | |
| UNI CAPT | CIB CAPT | TRAFFIC | I.A. | | |

MAR 17 2000

OVER →

# RICHMOND POLICE DEPT.    0710

| 126 CASE NO. | 126 |
|---|---|
| 00 - 7060 | PAGE 2 of 2 |

| | 127 INVESTIGATIVE ACTIVITIES    N/A □ | | 128 PHYSICAL EVIDENCE | |
|---|---|---|---|---|

**INVESTIGATION**

- □ 1 Dusted for Latents
- □ 2 Tool Marks Photographed
- □ 3 Vehicle/Shoe Tracks Photographed
- □ 4 Scene Photographed
- □ 5 Victim Photographed
- □ 6 Scene Diagramed
- □ 7 Neighbors Checked
- □ 8 Area Checked
- □ 9 Area Checked
- □ 10 Witness(es) Contacted
- □ 11 Victim(s) Contacted
- □ 12 Tach Who? _____
- □ 13 Det. Notified Who? _____
- □ 14 Crime Prevention Survey Completed
- □ 15 Teletype or BOL
- □ 16 Other _____

- FP □ Finger Prints
- OP □ Other Prints
- WP □ Weapon
- TL □ Tool Marks
- VH □ Vehicle
- PH □ Photos
- HA □ Hair
- ST □ Semen
- BL □ Blood/Saliva
- PJ □ Projectile (Bullet/Casting)
- CL □ Clothing
- TT □ Tire Tracks
- ID □ Insulation/Dust
- PS □ Paint Samples
- GL □ Glass/Fragments
- DC □ Documents
- MS □ Mud/Soil

**SOLVABILITY**

129 SOLVABILITY
- □ SUSPECT CAN BE NAMED
- □ SUSPECT CAN BE LOCATED
- □ SUSPECT CAN BE DESCRIBED
- □ SUSPECT CAN BE IDENTIFIED
- □ THERE IS A WITNESS TO CRIME
- □ THERE IS SIGNIFICANT M.O. PRESENT
- □ MAJOR PROPERTY LOSS ($3,000 OR OVER)
- □ STOLEN PROPERTY IS TRACEABLE
- □ STOLEN PROPERTY CAN BE IDENTIFIED
- □ SERIAL NUMBERS ARE KNOWN
- □ THERE IS SIGNIFICANT PHYSICAL EVIDENCE
- □ SUSPECT VEHICLE LICENSE IS KNOWN
- □ SUSPECT VEHICLE CAN BE DESCRIBED
- □ SUSPECT VEHICLE CAN BE IDENTIFIED

| 130 VICTIM VULNERABILITY | 1 | 2 VICTIM | 131 VICTIM ACTIONS | 1 | 2 VICTIM | CONTINUED ... | 1 | 2 VICTIM | CONTINUED ... | 1 | 2 VICTIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ELDER | □ | □ Elderly | PROST | □ | □ Involved with Prostitute | INRES | □ | □ In Restaurant | BIKE | □ | □ Biking |
| MENTL | □ | □ Mental Disability | ALONE | □ | □ Alone | JOG | □ | □ Jogging | UIAD | □ | □ Under the Influence |
| PHYDS | □ | □ Physical Disability | AWAY | □ | □ Away From Scene of Crime | PKLOT | □ | □ In Parking Lot | OTHER | □ | □ Other |
| YOUNG | □ | □ Young/Small | HITCH | □ | □ Hitch Hiking | SLEEP | □ | □ Sleeping | WAIPT | □ | □ Waiting for Public Transit |
| FORGN | □ | □ Foreign | WALK | □ | □ Walking | DRIVE | □ | □ Driving | PASPT | □ | □ Passenger, Public Transit |
| Weapon Used Against Victim □ Yes □ No | | | **MORE ...** | | | SHOP | □ | □ Shopping | PASPV | □ | □ Passenger, Private Vehicle |

**132 NARRATIVE**

1. REFER TO DETECTIVE SUPPLEMENT
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.

| 133 REPORTING OFFICER | 134 I.D. # | 135 APPROVED BY: | 136 DATE |
|---|---|---|---|
| DET. MOLLENBERNO | 1850 | | |

CPS334A - FORM P

| RICHMOND POLICE DEPARTMENT 0710 | CASE NO. |
|---|---|
| Investigative Bureau Supplement **RECORDS** | 00-7060 |
| | PAGE NO. 1 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION |
|---|---|---|
| H&S 11350 a | Possession of Rock Cocaine | 800 Block of 8th Street, Richmond |

| VICTIM'S NAME - LAST, FIRST, MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | 16 MAR 00 |

**Date of Supplement**: 16 Mar 00

On 3-16-00 I was assigned to Metro wearing a full distinctive police utility uniform. I was driving marked RPD car number 82.

At approximately 1442 hours I arrived in the area of 8th Street and Lucas Avenue, which is an area known for its high level of narcotics related activity. I entered this area from 7th Street to eastbound Lucas. As I turned the corner I saw a black female adult standing on the northwest corner of this intersection and recognized her as Flo Flannigan from prior contacts. I have knowledge that Flannigan acts as a police lookout and gives notice to the drug dealers that the police are in the area. As I turned the corner I saw Flannigan face northbound in the 800 block of 8th Street and say something. Flannigan began walking northbound on the west sidewalk in the 800 block of 8th Street.

As I turned northbound on 8th Street from Lucas my attention was drawn to a black male adult, later identified as Green, who was wearing a red t-shirt and blue jeans and was standing in the middle of the street. As I proceeded northbound on 8th Street Green turned around and looked in my direction and then began walking to the eastside of the street towards the listed vehicle. Green made a quick motion with his right hand up towards his mouth like he was popping something into his mouth. This action is common for drug dealers to quickly swallow the drugs in their hands to prevent the item to be discovered by the police.

As I continued northbound accelerating my patrol car, Green quickly got into his vehicle which he opened with his left hand. I noticed that his right hand was closed in a fist. I brought my car to a stop at the left rear bumper of the suspect's vehicle and requested a cover officer. I made contact with the suspect's vehicle at the open drivers door window at this time because of the tinted windows I saw that there was a right front passenger, Witness Dozier, a black female juvenile. As I made contact at the door I noticed Green was swallowing hard like he was trying to still swallow something. I noticed that Green was messing with his right, front waistband area and the right side of his thigh in the car seat. It appeared to me that Green was trying to conceal something from my view. I then asked Green, " Did you get it swallowed?" Green replied that he did not swallow anything. I told Green well I think you just swallowed dope. Green replied that he did not have anything. I asked Green if he had any drugs on him or in the car and he told me no. About this time Officer Cunningham arrived as my cover. I asked Green if I could search him and the car for drugs, Green said, yeah and stepped out of the car. I directed Green back to my patrol car and about this time Officer Washington arrived. Officer Washington remained with me while

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|
| Det. T. Mollenbernd, #1250 | ph | 3/17/0 | LT. E. McBRIDE | MAR 17 2000 |

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stal ___ | Admin. ___ | Juv. ___ | Vice 1 | Other: File 1 | Assigned: VICE |
|---|---|---|---|---|---|---|---|---|---|---|
| State ___ | SS Capt. ___ | Fraud | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other: ___ | Total TWO |

| | | | CASE NO: |
|---|---|---|---|
| **RICHMOND POLICE DEPARTMENT** **RECORDS** Investigative Bureau Support | | | 00-7060 |
| | | | PAGE NO: |
| | | | 2 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| H&S 11350 a | Possession of Rock Cocaine | 800 Block of 8th Street, Richmond | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | 16 MAR 00 |

Officer Cunningham contacted Dozier. I then had Green put his hands behind his back to assume a searching position. I searched Green's pants pockets without locating anything because of Green's furtive movements towards his waistband I grabbed the waistband of his pants and shook the brim of the pants and then moved down to the right pant leg and shook it up and down. As I did this two small clear zip lock baggies containing an off-white rocky, chalky substance fell from his right pant leg onto the street. Based on my training and experience I believe that the substance was cocaine based rock. I then took Green into custody for 11350 a H&S.

I then placed Green in the back seat of my patrol car. Officer Washington utilized his drug sniffing canine to search Green's vehicle. Green claimed ownership of the car and said it was his. After the search Officer Washington told me that his dog indicated on the driver's and center console area of the car although he was not able to locate any drugs. Believing that Green may have handed Dozier drugs which is common among drug dealers to hand their drugs or weapons to females, I asked Dozier if she would consent to a search of her person. Dozier said I could search her. I searched Dozier front pants pockets without locating any drugs or paraphernalia. Dozier told me that Green is her boyfriend and that she is basically homeless and lives with her mother off and on at the Second Street Mission on the female housing side.

During my initial observation, contact and investigation in the 800 block of 8th Street there were several people present to the north of our location. Upon making contact with Green they began walking my way, questioning me about what was going on. A black male who identified himself as Green's older brother approached me and asked if I could give his little brother a chance and let him go because their grandfather just died recently and there has been other problems in the family. Green's other brother used his cell phone and called his mother at work and asked that I speak with her. Mrs. Green also told me that there has been problems in the family and asked that I do what I can to help her younger son.

I left the listed vehicle at the scene and release the keys to Dozier at Green's request. While driving to the Hall of Justice Green continually asked me if I could let him out. I noticed that he was very agitated and speaking rapidly. I also noticed that Green's lips were dry and had a white film around the inside of his lips in the corners of his mouth, which indicated to me based on my training and experience that he was under the influence of a narcotic.

While at the Hall of Justice I completed the booking forms on Green and took him to the DUI Investigation Room to speak with him. I read Green his Miranda Rights from my department issued yellow Miranda

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| Det. T. Mollenbernd, #1250 | ph | 3/17/0 | |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other: | Assigned: |
|---|---|---|---|---|---|---|---|---|---|---|
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Capt. | CIB Capt. | Traffic | I.A. | Other: | Total |

| | | CASE NO: |
|---|---|---|
| **RICHMOND POLICE DEPARTMENT** 0710 | | 00-7060 |
| Investigative Bureau Supplement RECORDS | | PAGE NO: |
| | | 3 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| H&S 11350 a | Possession of Rock Cocaine | 800 Block of 8th Street, Richmond | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | 16 MAR 00 |

Warning Card. When I asked Green if he understood his rights, he replied, "uh huh". I asked Green to tell me what his problems were and he told me that his grandfather passed away February of this year. Green said he has been stressed out over his grandfather's death and over the fact that he is having to grow up so fast and take care of his mom and that he can't be a kid any more. I told Green what I thought I saw as he was walking to get into his car. Green told me that he did see me and tried to throw the two bags of crack in his mouth and swallow him, but only one went in his mouth and he could not swallow it. After Green got in the car he spit the crack which was packaged in a small zip lock baggie back into his hand and admitted he concealed it in the right front waistband area of his underwear. Green said he bought the two rocks for $10.00 and normally buys from 6th Street or 7th Street. Green said that he bought cocaine today on 7th Street. I asked Green what he was doing on 8th Street and he told me that his folks are all over there. I asked Green when the last time was that he smoked rock cocaine and he told me today and changed his mind and said no, yesterday night. I asked Green how he takes the rock cocaine and he told me he smokes it with weed and began crying and asking me why I was asking all those questions. I told Green it was to find out how he used it and why. Green told me that he was embarrassed but has been using rock cocaine since his grandfather passed away. I asked Green if he had a job and he told me he is unemployed. I asked Green to stand up and remove the contents of his pants at which time I discovered he did not have any user paraphernalia, although in his left rear pants pocket he had $61.00 consisting of three $20.00 bills and one $1.00 bill. Green told me that money was from his mother that $40.00 was from his mother to pay the phone bill and that he had $24.00 of his own. In Green's left front pants pocket I found he had four $1.00 bills. I told Green that I wanted to help him out due to his situation, but asked him to be honest with me and tell me if he had any more dope on him. Green began crying again and bent over in his chair and put his head on his knees saying man I'm going straight out to Martinez now. I then told Green, "you have more dope on you don't you." Green replied, "yeah." I asked Green where it was and he told me it was in his butt.

Sergeant Clark authorized a strip search of Green to prevent any drugs or contraband from entering the jail. I closed the DUI Investigation Room door and while Green was still handcuffed pulled his baggie jeans down below his buttocks and pulled down the backside of his boxer shorts.

Upon doing this two small clear zip lock baggies containing an off-white chunky rock substance consistent with the two other baggies fell into Greens boxers. With my gloved hand I recovered these items and put them on the desk. I saw a piece of cellophane sticking from between the crack of Green's buttocks and pulled on the plastic which was about a quarter of a piece of plastic sandwich baggie, which contained three additional small zip lock baggies containing off-white rocky substance of similar packaging and

| REPORTING OFFICERS | | | | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|---|---|---|
| Det. T. Mollenbernd, #1250 | | | | ph | 3/17/0 | | |
| Robbery ___ Com. Rel. ___ A.T. ___ Homicide ___ Property ___ Stat | State ___ SS Capt. ___ Fraud ___ C.A. ___ D.A. ___ Patrol Capt. | | | | Admin. ___ Juv. ___ CIB Capt. ___ Traffic ___ | Vice ___ Other: ___ I.A. ___ Other: ___ | Assigned: ___ Total ___ |

| RICHMOND POLICE DEPARTMENT RECORDS Investigative Bureau Supplement RECORDS | | | CASE NO: 00-7060 |
| --- | --- | --- | --- |
| | | | PAGE NO: 4 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
| --- | --- | --- | --- |
| H&S 11350 a | Possession of Rock Cocaine | 800 Block of 8th Street, Richmond | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FRM IF BUS.) | DATE OF ORIGINAL |
| --- | --- |
| STATE OF CALIFORNIA | 16 MAR 00 |

description as the other baggies and suspected rock cocaine.

I then asked Green if he was only using why he had the rock cocaine hid in his butt. Green replied, "man I'm all tore up, I stole that off somebody." I then asked Green what he meant by that and he said that there was a guy on 7th Street that was selling and when hid his stash he took the rock cocaine from where it was hidden. Green told me, " I know I'm all fucked up, I need to go Rehab, I'm embarrassed for my family."

Based on Green's demeanor and symptoms he was under the influence of a controlled substance, I booked him into the RPD Jail for 11350 a H&S.

Upon conducting a strip search of Green no additional drugs were found. I then went to the Metro Office where I weighed the two small clear zip lock baggies containing the suspected rock cocaine that fell from Green's right pant leg for a total approximate weight of .3 grams. For sanitary reasons I threw away the sandwich baggie that Green had in his buttocks that contained the suspected rock cocaine and packaging. I weighed these five clear zip lock baggies and its' contents for a total approximate weight of .9 grams. I then conducted a presumptive color test, Scott Reagent NIK Test Kit G on a sample of the contents from zip lock baggie number one, which tested positive for the presence of cocaine base. I then placed the evidence into a white narcotics envelope. The five baggies recovered from Green buttocks I placed in a small yellow evidence envelope for sanitary purposes. I then booked the controlled substance into the RPD Narcotics Vault.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY | |
| --- | --- | --- | --- | --- |
| Det. T. Mollenbernd, #1250 | ph | 3/17/0 | | |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other: | Assigned: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Capt. | CIB Capt. | Traffic | I.A. | Other: | Total |

| | | | CASE NO: |
|---|---|---|---|
| **RICHMOND POLICE DEPARTMENT 0710** Patrol Bureau Supplement | | | 00-07060 |
| | | | PAGE NO: 1 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| HS11350 | POSS CONTROLLED SUBSTANCE | | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | |

On 03/16/00, at approximately 1445 hours, I was dispatched to cover Ofc Mollenbernd on a pedestrian stop ifo 806 8th St. Upon my arrival, I saw Ofc Mollenbernd standing and talking to a BMA on the e/c/l of the 800 block of 8th St. The BMA was wearing a red shirt and blue jeans. I exited my fully marked RPD Canine Patrol Unit #26 and walked towards both Ofc Mollenbernd and the BMA.

Ofc Mollenbernd told me he was going to search the BMA for narcotics. I watched Ofc Mollenbernd conduct an outer check of the BMA's clothing. Ofc Mollenbernd shook the right pant leg of the BMA, and I noticed two clear plastic baggies fall from the BMA's right pant leg, near the cuff area. I saw a white rock-like substance in those clear baggies. Ofc Mollenbernd bent over and picked the baggies up, and handed both baggies to me. I held onto the baggies until Ofc Mollenbernd completed his check of the BMA, and gave him back the two plastic baggies once he took the BMA into custody for controlled substance.

Ofc Mollenbernd requested that I do a narcotics check of the vehicle with my narcotics detection canine, Kai. I went to my patrol unit and took my narcotics detection dog, Kai, out of the vehicle, and walked over to the yellow car that was parked on the e/c/l that Ofc Mollenbernd told me that the suspect was in. I initiated an outer narcotics check of the vehicle which ended with negative results. I began an inner narcotics check of the vehicle, and my canine partner, Kai, alerted on the front passenger seat, mid-section area.

It should be noted that my canine partner, Kai, will alert will the odor of narcotics would be present.

I advised Ofc Mollenbernd that he may want to check the suspect's inner clothing via a strip search once he gets to the H of J, based on the fact that my canine partner alerted on the seat cushion area, which is most likely if the person is handling narcotics in their inner clothing.

Ofc Mollenbernd transported the suspect to the H of J for booking. Approximately one hour later, Ofc Mollenbernd advised me that during the strip search he found several additional bags of rock cocaine in the suspect's rectum area.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|
| OFC P WASHINGTON, #1243 | bh | 3/19/00 | **LT. E. McBRIDE** | MAR 19 2000 |

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stat | Admin. ___ | Juv. ___ | Vice ___ | Other: ___ | Assigned: ___ |
|---|---|---|---|---|---|---|---|---|---|---|
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other: ___ | Total ___ |

RICHMOND POLICE DEPARTMENT

# PROPERTY RECEIPT & RELEASE FORM

Date Incident  3-16-00    Ofc. Mollen Bernd    DR 00-7060
Date Received  3-16-00    Ser # 12-50    CRIME 11350(a)
                                          145

Per-Invl  Victim ☐  Witness ☐  Suspect ☒  Scene Evidence ☐  Other _____

Name  GREEN, ARRINGTON DANAVIN  DOB 1-28-79  Sex M  Race B

Address  2900 # 107 PULLMAN AV  City/State RICHMOND  Phone _____

RPD # _____  Arrest # _____  OLS _____  Soc Sec _____

## PROPERTY DATA

Prop-Invl Make/brand, model, ser #, Unique I.D. Description (reverse)
Provide numbers sequentially for each separate item

1. TWO SMALL ZIP-LOCK BAGGIES CONTAINING OFF-WHITE
   ROCKY POWDERY CHUNKS. MARKED 1250-1 AND
   1250-2 FOR EVIDENCE. APPROX WT. 3 GRAMS

2. FIVE SMALL ZIP-LOCK BAGGIES CONTAINING
   OFF-WHITE ROCKY POWDERY CHUNKS. TOTAL
   APPROX WT. 9 GRAMS

Storage Pat Stor/Lck # _____ ☐  ID rm ☐  Vault ☒  Refrig ☐  Other NARC

## PROPERTY DISPOSITION

Type: Release ☐  Destroy ☐  Auction ☐  Hold ☐  Other remarks Date _____
*Complete below information if different than original "Per-Invl"

Name _____  DOB _____  Sex _____  Race _____

Address _____  City/State _____  Phone _____

RPD # _____  Arrest # _____  OLS _____  Soc Sec _____

Remarks _____

Auth-by _____  Date _____  Notif-by _____  Date _____

Rel'd-by _____  Ser # _____  Date _____  Time _____

Rec'd-by _____  Signature _____

Address _____  City/State _____  Phone _____

Package # 1 of 1

White property dept, Blue pron, ewd, Goldenrod Investigations    Form No. RPD 87-1

00-7060

**FORENSIC SERVICES DIVISION**
Office of the Sheriff Contra Costa County

**REPORT OF CONTROLLED SUBSTANCES EXAMINATION**

Page __1__ of __1__

| Laboratory Number | Offense(s) | Date(s) Examined |
|---|---|---|
| LAB00-004302 - 0001 | CONTROLLED SUBSTANCE | 04/13/00 |

| Requesting Agency & Case Number | Date of Request | Examination Requested By |
|---|---|---|
| Richmond Police Department 00-7060 | 4/12/00 | Mollenbernd |

| Complainant(s) | Subject(s) |
|---|---|
| PEOPLE | GREEN, ARRINGTON |

**DESCRIPTION OF EVIDENCE**

Evidence brought to the laboratory by:

From    Franklin (LOCKBOX),    To    Davis    on    4/12/00

Envelope __1__ of __1__. One tape sealed controlled substances envelope containing: Sub 1

| Item Number | Number/Packaging | Item Description | Source |
|---|---|---|---|
| 1 | 2 plastic bag(s) ___ paper bindle(s) | ☐ powder/crystals ☒ chunky material ☐ plant material ☐ | ☒ suspect *right front underwear waist band* ☐ other |
| 2 | 5 plastic bag(s) ___ paper bindle(s) | ☐ powder/crystals ☒ chunky material ☐ plant material ☐ | ☒ suspect *anus* ☐ other |
| | ___ plastic bag(s) ___ paper bindle(s) | ☐ powder/crystals ☐ chunky material ☐ plant material ☐ | ☐ suspect ___ ☐ other |

**EXAMINATION RESULTS**

| Item Number | Number Examined | Results of Examination | Schedule | Weight(s) (grams) | Total Weight (grams) | Comments |
|---|---|---|---|---|---|---|
| 1 | 1 of 2 | ☒ cocaine ☒ base ☐ salt ☐ methamphetamine ☐ marijuana ☐ | ☐ not controlled Ⓘ II III IV V | 0.09 g | 0.19 g | ☒ estimated ☐ No controlled substanced detected ☐ Not examined |
| 2 | 1 of 5 | ☒ cocaine ☒ base ☐ salt ☐ methamphetamine ☐ marijuana ☐ | ☐ not controlled Ⓘ II III IV V | 0.14 g | 0.53 g | ☐ estimated *presumptive test only* ☐ No controlled substanced detected ☐ Not examined |
| | | ☐ cocaine ☐ base ☐ salt ☐ methamphetamine ☐ marijuana | ☐ not controlled I II III IV V | | | ☐ estimated ☐ No controlled substanced detected ☐ Not examined |

Remarks: _____

| Signature & Date | Distribution: |
|---|---|
| *Anna Jackowski* 04/13/00 | ☐ Agency ___ |
| Reported By & Title | ☐ District Attorney ___ |
| **Anna Jackowski, Forensic Toxicologist** | ☐ Other ___ |
| | ☐ File ___ |
| Approved By Supervising Forensic Toxicologist | For Additional Information, Call: 313-2800 |

CL-175    (Rev. 10/95)

# EXHIBIT 3

# RICHMOND POLICE DEPT.    0710

401 - 27th Street
Richmond, California 94804

☐ DOMESTIC VIOLENCE
☐ VIC/VIOLENT CRIME 65 OR OLDER

**HATE RELATED** ☐
**IN CUSTODY** ☑

1 CASE NO. 01-14962    2 PAGE 1 OF 4

| | | | | |
|---|---|---|---|---|
| **OCCURRENCE** | 3 CODE SECTION 12021(a)(i) PC | 4 TITLE EX FELON IN POSSESSION OF A FIREARM | 5 CLASSIFICATION HANDGUN | 6 FELONY ☑ MISDEMEANOR ☐ |
| | 7 DATE & TIME OCCURRED - DAY 05 JUNE 01 0814 TUES | 8 DATE & TIME REPORTED 05 JUNE 2001 0811 | 9 WHERE OCCURRED PENNSYLVANIA AVE / HARBOUR WAY | |

**VICTIM**

| 10 VICTIM NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) STATE OF CALIFORNIA | 11 RESIDENCE ADDRESS | 12 RES PHONE |
|---|---|---|
| 13 OCCUPATION | 14 D O B | 15 SEX | 16 RACE | 17 AGE | 18 BUSINESS ADDRESS-SCHOOL | 19 BUS PHONE OR BPC |
| COMPLETE IF PERSONAL INJURY OR RAPE | 20 WHERE HOSPITALIZED | 21 DATE/TIME | 22 ATTENDING PHYSICIAN | 23 CHART NUMBER | 24 NATURE OF INJURY |

DATA JUN 22 2001 ENTRY

**OTHERS INVOLVED**

INVL CODES    VIC = VICTIM    WIT = WITNESS    RP = REPORTING PARTY

| 25 INVL WIT | 26 NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) KEYS, LELA NICOLE | 27 RESIDENCE ADDRESS 1615 CUTTING BLVD | 28 RES PHONE 234-6991 |
|---|---|---|---|
| 29 OCCUPATION HOMEMAKER | 30 D O B 6-10-75 | 31 SEX F | 32 RACE B | 33 AGE 25 | 34 BUSINESS ADDRESS-SCHOOL N/A | 35 BUS PHONE OR BPC N/A |
| 36 INVL | 37 NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 38 RESIDENCE ADDRESS | 39 RES PHONE |
| 40 OCCUPATION | 41 D O B | 42 SEX | 43 RACE | 44 AGE | 45 BUSINESS ADDRESS-SCHOOL | 46 BUS PHONE OR BPC |
| 47 INVL | 48 NAME - LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 49 RESIDENCE ADDRESS | 50 RES PHONE |
| 51 OCCUPATION | 52 D O B | 53 SEX | 54 RACE | 55 AGE | 56 BUSINESS ADDRESS-SCHOOL | 57 BUS PHONE OR BPC |

58 ADDITIONAL VICTIMS/WITNESSES? ☐

| 59 SUSPECT #1 (LAST, FIRST, MIDDLE) GREEN, ARRINGTON DEWAYNE | 60 NICKNAME AKA | 61 D O B 01-28-79 | 62 SEX M | 63 RACE B | 64 AGE 22 | 65 HT 6-1 | 66 WT 170 | 67 HAIR BLK | 68 EYES BRN |
|---|---|---|---|---|---|---|---|---|---|
| 69 SUSPECT'S ADDRESS 1615 CUTTING BLVD | 70 CLOTHING DESCRIPTION LIGHT BLUE BASEBALL CAP, WHT T-SHIRT | 71 CITE # | 72 ARREST # 2626 | 73 MIRANDA ☐ YES ☐ NO |
| 74 SUSPECT'S ADDRESS | 75 NICKNAME AKA | 76 D O B | 77 SEX | 78 RACE | 79 AGE | 80 HT | 81 WT | 82 HAIR | 83 EYES |
| 84 SUSPECT'S ADDRESS | 85 CLOTHING DESCRIPTION | 86 CITE # | 87 ARREST # | 88 MIRANDA ☐ YES ☐ NO |

| 89 SUSPECT BUILD | | 90 COMPLEXION | | 91 HAIR STYLE | | 92 HAIR LGTH/TYPE | | 93 FACIAL HAIR | | 94 GENERAL APPEARANCE | | 95 SPEECH | | 96 DEMEANOR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 2 SUSPECT | | 1 2 SUSPECT | | 1 2 SUSPECT | | 1 2 SUSPECT | | 1 2 SUSPECT | | 1 2 SUSPECT | | 1 2 SUSPECT | | 1 2 SUSPECT |
| U ☐ ☐ Unknown | | UK ☐ ☐ Unknown | | UNKN ☐ ☐ Unknown | | UNK ☐ ☐ Unknown | | UNKN ☐ ☐ Unknown | | NK ☐ ☐ Unknown | | UNK ☐ ☐ Unknown | | UNK ☐ ☐ Unknown |
| T ☐ ☐ Thin | | AC ☐ ☐ Acne | | AFRO ☐☑ Afro Nat | | BALD ☐ ☐ Bald | | CLSH ☐ ☐ Clean Shave | | CS ☐ ☐ Conservative | | ACC ☐ ☐ Accent | | ANG ☐ ☐ Angry |
| M ☐☑ Muscular | | DR ☐☑ Dark | | BRAD ☐ ☐ Braided | | COLLA ☐ ☐ Collar | | FULB ☐ ☐ Full Beard | | DR ☐ ☐ Dirty | | LSP ☐ ☐ Lisps | | APO ☐ ☐ Apologetic |
| A ☑☐ Average | | FR ☐ ☐ Freckled | | BUSH ☐ ☐ Bushy | | LONG ☐ ☐ Long | | FUMA ☐ ☐ Fu Manchu | | DS ☐ ☐ Disguise | | LOU ☐ ☐ Loud | | CAL ☐ ☐ Calm |
| H ☐ ☐ Heavy | | LT ☐ ☐ Light | | GRSY ☐ ☐ Greasy | | SHOU ☐ ☐ Shoulder | | GOAT ☐ ☐ Goatee | | FL ☐ ☐ Flashy | | LOP ☐ ☐ Low Pitched | | DSO ☐ ☐ Disorganized |
| | | ME ☐ ☐ Medium | | MILT ☐ ☐ Military | | SHOR ☑☐ Short | | LOWL ☐ ☐ Lower Lip | | GL ☐ ☐ Good Looking | | HIP ☐ ☐ High Pitched | | IRR ☐ ☐ Irrational |
| | | PA ☐ ☐ Pale | | PONY ☐ ☐ Ponytail | | COAR ☐ ☐ Coarse | | MUST ☐ ☐ Mustache | | ML ☐ ☐ Military | | OFF ☐ ☐ Offensive | | NER ☐ ☐ Nervous |
| | | PM ☐ ☐ Pocked | | PROC ☐ ☐ Processed | | FINE ☐ ☐ Fine | | N/FUZ ☐ ☐ None/Fuzz | | UK ☐ ☐ Unkempt | | NES ☐ ☐ Non English Speaking | | POL ☐ ☐ Polite |
| | | RU ☐ ☐ Ruddy | | STRA ☐ ☐ Straight | | THIC ☐ ☐ Thick | | SIDE ☐ ☐ Sideburns | | UN ☐ ☐ Unusual Odor | | NOM ☐☑ Normal | | PRO ☐ ☐ Professional |
| | | SA ☐ ☐ Sallow | | WVCL ☐ ☐ Wavy/Curly | | THIN ☐ ☐ Thinning | | UNSH ☐ ☐ Unshaven | | WG ☐ ☐ Well Groomed | | TLK ☐ ☐ Talkative | | STU ☐ ☐ Stupor |
| | | TA ☐ ☐ Tanned | | WIG ☐ ☐ Wig | | WAVY ☐ ☐ Wavy | | VNDK ☐ ☐ Van Dyke | | CA ☐ ☐ Casual | | RAP ☐ ☐ Rapid | | VIO ☐ ☐ Violent |
| | | OT ☐ ☐ Other | | CORN ☐ ☐ Corn Rows | | SHAV ☐ ☐ Shaved | | OTHR ☐ ☐ Other | | CC ☐ ☐ Clean Cut | | DIS ☐ ☐ Disguised | | NOR ☐☑ Normal |
| | | | | CREW ☐ ☐ Crew Cut | | RCHL ☐ ☐ Receding | | | | OT ☐ ☐ Other | | SOF ☐ ☐ Soft | | PFN ☐ ☐ Profane |
| | | | | OTHR ☐ ☐ Other | | MED ☐ ☐ Medium | | | | | | STU ☐ ☐ Stutter | | EFF ☐ ☐ Effeminate |
| | | | | PUNK ☐ ☐ Punk | | | | | | | | | | |

97 FURTHER SUSPECT DESCRIPTION (I.E., GLASSES, TATTOOS, TEETH, BIRTHMARKS, JEWELRY, SCARS, MANNERISMS, WEAPONS, CLOTHES, SHOES, MASKS, HATS, GLOVES, DEFORMITIES, ETC.)

SUSPECT 1:

SUSPECT 2:

98 ADDITIONAL SUSPECTS LISTED? ☐ YES ☑ NO

**VEHICLES**

INVL CODES    VIC = VICTIM    SUS = SUSPECT    OTH = OTHER

| 99 INVL | 100 LICENSE NUMBER | 101 LIS | 102 LIY | 103 V YR | 104 V MA | 105 V MO | 106 V ST | 107 V CO |
|---|---|---|---|---|---|---|---|---|
| 108 TOWED TO | 109 HOLD ☐ YES ☐ NO | 110 ADDITIONAL VEHICLE IDENTIFIERS (DAMAGE, CHROME WHEELS, VIN, ETC) | | | | | | |
| 111 INVL | 112 LICENSE NUMBER | 113 LIS | 114 LIY | 115 V YR | 116 V MA | 117 V MO | 118 V ST | 119 V CO |
| 120 TOWED TO | 121 HOLD ☐ YES ☐ NO | 122 ADDITIONAL VEHICLE IDENTIFIERS (DAMAGE, CHROME WHEELS, VIN, ETC) | | | | | | |

**ROUTING**

| 123 ROUTING | | | | 124 REMARKS |
|---|---|---|---|---|
| ROBBERY | COM REL CIU | | | |
| A T | HOMICIDE | PROPERTY | STAT | R FILE |
| ADM | JUV | VICE | STATE | TOTAL 8 |
| S.S. CAPT | FRAUD | D A | D.A. | ASSIGNED CIU |
| UNI CAPT | DIO CAPT | TRAFFIC | I A | |

# RICHMOND POLICE DEPT. 0710

125 CASE NO. 01-14962   125 PAGE 2 OF 4

CP5334A - FORM #

**127 INVESTIGATIVE ACTIVITIES**   N/A☐

INVESTIGATION

☐ 1 Dusted for Latents
☐ 2 Tool Marks Photographed
☐ 3 Vehicle/Shoe Tracks Photographed
☐ 4 Scene Photographed
☐ 5 Victim Photographed

☐ 6 Scene Diagramed
☐ 7 Neighbors Checked
☐ 8 Area Checked
☐ 9 Area Checked
☐ 10 Witness(es) Contacted
☐ 11 Victim(s) Contacted

☑ 12 Tech Who? SIMMONS
☐ 13 Det. Notified Who?
☐ 14 Crime Prevention Survey Completed
☐ 15 Teletype or BOL
☐ 16 Other

**128 PHYSICAL EVIDENCE**

FP ☐ Finger Prints
OP ☐ Other Prints
WP ☐ Weapon
TL ☐ Tool Marks
VH ☐ Vehicle
PH ☐ Photos
HA ☐ Hair
ST ☐ Semen

BL ☐ Blood/Saliva
PJ ☐ Projectile (Bullet)/Casing
CL ☐ Clothing
TT ☐ Tire Tracks
IO ☐ Insulation/Dust
PS ☐ Paint Samples
GL ☐ Glass/Fragments
DC ☐ Documents
MS ☐ Mud/Soil

**129 SOLVABILITY**

SOLVABILITY

☐ SUSPECT CAN BE NAMED
☐ SUSPECT CAN BE LOCATED
☐ SUSPECT CAN BE DESCRIBED

☐ SUSPECT CAN BE IDENTIFIED
☐ THERE IS A WITNESS TO CRIME
☐ THERE IS SIGNIFICANT M.O. PRESENT
☐ MAJOR PROPERTY LOSS ($3,000 OR OVER)

☐ STOLEN PROPERTY IS TRACEABLE
☐ STOLEN PROPERTY CAN BE IDENTIFIED
☐ SERIAL NUMBERS ARE KNOWN
☐ THERE IS SIGNIFICANT PHYSICAL EVIDENCE

☐ SUSPECT VEHICLE LICENSE IS KNOWN
☐ SUSPECT VEHICLE CAN BE DESCRIBED
☐ SUSPECT VEHICLE CAN BE IDENTIFIED

**130 VICTIM VULNERABILITY**   1  2 VICTIM

ELDER ☐ ☐ Elderly
MENTL ☐ ☐ Mental Disability
PHYDS ☐ ☐ Physical Disability
YOUNG ☐ ☐ Young/Small
FORGN ☐ ☐ Foreign
Weapon Used Against Victim ☐ Yes ☐ No

**131 VICTIM ACTIONS**   1  2 VICTIM

PROST ☐ ☐ Involved with Prostitute
ALONE ☐ ☐ Alone
AWAY ☐ ☐ Away From Scene of Crime
HITCH ☐ ☐ Hitch Hiking
WALK ☐ ☐ Walking
MORE...

**CONTINUED ...**   1  2 VICTIM

INRES ☐ ☐ In Restaurant
JOG ☐ ☐ Jogging
PKLOT ☐ ☐ In Parking Lot
SLEEP ☐ ☐ Sleeping
DRIVE ☐ ☐ Driving
SHOP ☐ ☐ Shopping

**CONTINUED ...**   1  2 VICTIM

BIKE ☐ ☐ Biking
UIAD ☐ ☐ Under the Influence
OTHER ☐ ☐ Other
WAIPT ☐ ☐ Waiting for Public Transit
PASPT ☐ ☐ Passenger, Public Transit
PASPV ☐ ☐ Passenger, Private Vehicle

**132 NARRATIVE**

See Narrative

1–21

133 REPORTING OFFICER Mooney   134 I.D. # 1333   135 APPROVED BY:   136 DATE

| | CASE NO: |
|---|---|
| # RICHMOND POLICE DEPARTMENT 0710<br>Patrol Bureau Supplement | 01-14962 |
| | PAGE NO:<br>3 oF 4 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION |
|---|---|---|
| 12021(a)1 PC | Ex Felon in Possession of a Firearm | Pennsylvania Ave./Harbour Way |

| VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS) | DATE OF ORIGINAL |
|---|---|
| State of California | 05 June 2001 |

On 05 June 2001 at approximately 0811hrs., Ofc. GARCIA and I were in marked unit #7 when we were dispatched to a call of a man with a gun on Pennsylvania Ave. and 7th Street. Dispatched advised that the suspect with the gun was approximately a 25 year old black male adult wearing a baby blue hat and a white t-shirt. The suspect was reported to be chasing another male. Upon arriving, the immediate scene was clear and all units were advised to check the surrounding blocks.

I proceeded from Lucas Ave. S/B on 10th Street when I observed a black male adult, later identified as GREEN, walking S/B on 10th Street near Pennsylvania Ave. GREEN was wearing a baby blue "Tar Heels" baseball cap and a white t-shirt. GREEN turned and walked W/B on Pennsylvania Ave. GREEN was in the 900 block of Pennsylvania Ave., when he looked in my direction. He began walking S/B towards the gas station located at the S/W corner of Pennsylvania Ave. and Harbour Way. GREEN walked through traffic and began yelling to someone at the gas station.

GREEN walked to the rear of a white Ford Bronco that was parked facing East in the gas station. The Ford Bronco was on the South side of the north gasoline pumps. I positioned my patrol car into the gas station behind GREEN as GREEN began to run around the front end of the Ford Bronco (WA 144HWE) to the driver side door. A black female, later identified as KEYS, was sitting in the driver seat of the Ford Bronco and appeared to be frightened by GREEN. KEYS was moving away from GREEN and leaning towards the passenger seat. GREEN had a black handgun in his right hand and he reached through the open drivers side window. GREEN threw the handgun into the vehicle and ran E/B from the gas station. GREEN was pursued by OFC. GARCIA, Ofc. CARMICHAEL, and Ofc. MANDELL E/B onto Pennsylvania Ave. towards 11th Street (See Attached Supplement). Ofc. MANDELL later advised that he had caught GREEN IFO 685 11th Street and took GREEN into custody.

I had KEYS step out of the vehicle and to stay near the rear of the Ford Bronco. I asked KEYS if I could search her for weapons and she said, "Go ahead but he threw the gun on the floor." I asked KEYS if she knew the man that threw the gun in her vehicle and she stated, "No." I walked up to the vehicle and observed a small black Walther PPK 9mm Kurz serial number K012787 on the driver side floor board. I grabbed the handgun by the grips and secured the gun in the rear of Ofc. BAGGET's vehicle.

KEYS stated that she went to the gas station to fill-up on gas when GREEN ran in front of her vehicle and

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| MOODY 1333 | BM | 6/5/01 | |

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stat ___ | Admin ___ | Juv. ___ | Vice ___ | Other ___ | Assigned: ___ |
|---|---|---|---|---|---|---|---|---|---|---|
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other ___ | Total ___ |

| | | | CASE NO: |
|---|---|---|---|
| | RICHMOND POLICE DEPARTMENT 0710 | | 01-14962 |
| | Patrol Bureau Supplement | | PAGE NO: |
| | | | 4 OF 4 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| 12021(a)1 PC | Ex Felon in Possession of a Firearm | Pennsylvania Ave./Harbour Way | |

| VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| State of California | 05 June 2001 |

she saw a pistol in his hand. KEYS stated she did not hear him say anything to her because she was so afraid. KEYS said that she tried to get away from GREEN and then GREEN threw the pistol onto the floor. KEYS saw GREEN run away towards Harbour Way.

I attempted to locate the RP at the Peres Elementary school but she had already left in the school bus en route to pick up more students. I returned to the Hall of Justice and ran a criminal history on GREEN. It showed that GREEN had been convicted of a felony before and I booked GREEN under 12021(a)1 PC, felon in possession of a firearm (A#2626).

Ofc. SIMMONS recovered and processed the handgun. Ofc. SIMMONS later advised me that the gun was loaded with 6 rounds in the magazine and one round in the chamber. I advised Sgt. BROWN of GREEN's case and that he was in custody. I then attempted to contact the RP by cell phone number (707) 483-8653 but no one answered.

Route to CIB.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| MOODY 1333 | BM | 6/5/01 | |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other | Assigned: |
|---|---|---|---|---|---|---|---|---|---|---|
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Capt. | CIB Capt. | Traffic | I.A. | Other | Total |

| RICHMOND POLICE DEPARTMENT 0710<br>Patrol Bureau Supplement | CASE NO:<br>01-14962 |
|---|---|
| | PAGE NO:<br>1 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC12031 | FELON IN POSSESSION<br>OF A HANDGUN | | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | |

**INDEX AS SUSPECT:**     **GREEN, ERRINGTON DEWAYNE**
**BMA, DOB: 01/28/74**
**HGT: 6' 01"**
**WGT: 170 LBS**
**1615 CUTTING BL, RICHMOND, CA**
**CDL: B9798113**
**COMPLEXION: DARK**
**CLOTHING: WHI T-SHIRT, LT BLU BASEBALL CAP, BLU JEANS**
**WEAPON: SEMI AUTOMATIC HANDGUN**

On 06/05/01, approximately 0814 hrs, I responded to assist in a check for a suspect described as a BMA, whi shirt, blu baseball cap armed with a handgun who was in the area of 7th and the 800 block of Pennsylvania chasing another unknown individual. It was further mentioned by communication, that this suspect was armed with some type of handgun and the REP was a Laidlaw representative who was on a cellular phone with communications.

Upon my arrival, I started driving around the area, at which point I monitored a transmission from Ofcs Garcia and Moody, who stated that a possible suspect was in the area of Harbour and Pennsylvania. Upon hearing this, I quickly responded to the area of Harbour and Pennsylvania from approximately one block away. I drove s/b on Harbour and approached Pennsylvania at which point, I observed the aforementioned suspect wearing a whi T-shirt, lt blu baseball cap and jeans running in an easterly direction into the Alaska Gas Station. I further noted that the suspect was clutching something underneath his T-shirt in his front waistband. As the suspect approached a whi Ford Bronco which was uninvolved, but parked at the gas station pump attempting to get gas, the suspect ran around the front of the vehicle at which time he produced a handgun and discarded the handgun through the driver's portion of the whi Ford Bronco occupied by a BF.

The suspect, who was later ID'D as Green, then continued to flee in an easterly direction, at which point I assisted in the foot pursuit. I chased the suspect from my police vehicle to the area of 11th and Pennsylvania at which point I drove around and IFO the suspect cutting off his flight. I then exited my vehicle and after a short brief chase, assisted Ofc Mandell in the capture of the suspect. Ofc Mandell was able to tackle the suspect from the rear. I assisted him and after a brief struggle in order to handcuff the suspect, he was taken into custody without any further incident. I placed the suspect in the rear of my

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|
| OFC R CARMICHAEL, #348 | mm | 06/05/01 | | |

Robbery ___ Com. Rel. ___ A.T ___ Homicide ___ Property ___ Stat ___ Admin. ___ Juv. ___ Vice ___ Other: ___ Assigned: ___
State ___ SS Capt. ___ Fraud ___ C.A. ___ D.A. ___ Patrol Capt. ___ CIB Capt. ___ Traffic ___ I.A. ___ Other ___ Total ___

| RICHMOND POLICE DEPARTMENT 0710<br>Patrol Bureau Supplement | CASE NO<br>01-14962 |
|---|---|
| | PAGE NO:<br>2 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION |
|---|---|---|
| PC12031 | FELON IN POSSESSION<br>OF A HANDGUN | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| STATE OF CALIFORNIA | |

police unit after he was checked for weapons. The suspect stated that the gun was his and that the BF back at the gas station, did not have any involvement in the incident. The suspect was then transferred to Ofc Mandell's vehicle at which point he was transported to RPD for booking. At RPD, I viewed a CA ID giving the aforementioned information. The weapon which had been recovered by Ofc Moody was subsequently processed at the scene.

I request this report be attached to the original. Route to CIB for follow up.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| OFC R CARMICHAEL, #348 | mm | 06/05/01 | |

Robbery ___ Com. Rel. ___ A.T. ___ Homicide ___ Property ___ Stat ___ Admin. ___ Juv. ___ Vice ___ Other:_____ Assigned:_____
State ___ SS Capt. ___ Fraud ___ C.A. ___ D.A. ___ Patrol Capt. ___ CIB Capt. ___ Traffic ___ I.A. ___ Other:_____ Total_____

# EXHIBIT 4

**[RICH]MOND POLICE DEPT. 0710**
.- 27th Street
Richmond, California 94804

HATE RELATED ☐
IN CUSTODY ☐
☐ DOMESTIC VIOLENCE
☐ VIC VIOLENT CRIME 80 OR OLDER

1 CASE NO. 02-21824
2 PAGE 1 of 5

RECORDS

| 3 CODE SECTION | 4 TITLE | 5 CLASSIFICATION | |
|---|---|---|---|
| 245(A)(2) P.C | ADW | FIREARM | FELONY ☒ / MISDEMEANOR ☐ |

**OCCURRENCE**

| 6 DATE & TIME OCCURRED · DAY | 8 DATE & TIME REPORTED | 9 WHERE OCCURRED |
|---|---|---|
| 8-11-02 /1340 / SUNDAY | 8-11-02 /1340 HRS. | 567 8TH ST. |

DATA

**VICTIM**

| 10 VICTIM NAME · LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 11 RESIDENCE ADDRESS | 12 RES PHONE |
|---|---|---|
| GRISBY, ALDON | 954 9TH ST. | 233-8099 |

AUG 11 2002

| 13 OCCUPATION | 14 DOB | 15 SEX | 16 RACE | 17 AGE | 18 BUSINESS ADDRESS/SCHOOL | 19 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| CARPENTER | 5-25-52 | M | BLK | 50 | | |

| COMPLETE IF PERSONAL INJURY OR RAPE | 20 WHERE HOSPITALIZED | 21 DATE/TIME | 22 ATTENDING PHYSICIAN | 23 CHART NUMBER | NATURE OF INJURY | GUN SHOT WOUND |
|---|---|---|---|---|---|---|
| | JOHN MUIR | 8-11-02/1500 | UNK | TRAUMA 12964 | | LEFT RIB CAGE. |

ENTRY

**OTHERS INVOLVED**

INVL CODES    VIC=VICTIM    WIT=WITNESS    RP=REPORTING PARTY

| 25 INVL | 26 NAME · LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 27 RESIDENCE ADDRESS | 28 RES PHONE |
|---|---|---|---|
| R/P | BERRY, DELORES | 567 8TH ST. | 235-4013 |

| 29 OCCUPATION | 30 DOB | 31 SEX | 32 RACE | 33 AGE | 34 BUSINESS ADDRESS/SCHOOL | 35 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| HOME MAKER | 5-25-36 | F | BLK | 66 | | |

| 36 INVL | 37 NAME · LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 38 RESIDENCE ADDRESS | 39 RES PHONE |
|---|---|---|---|
| WI | CURTIS, PAUL | 721 LUCAS AV. | NO PHONE |

| 40 OCCUPATION | 41 DOB | 42 SEX | 43 RACE | 44 AGE | 45 BUSINESS ADDRESS/SCHOOL | 46 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| UNEMPLOYED | 7-16-51 | M | BLK | 49 | | |

| 47 INVL | 48 NAME · LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 49 RESIDENCE ADDRESS | 50 RES PHONE |
|---|---|---|---|
| WI | GRISBY, CAROLINE | 954 9TH ST | 925-381-8402 |

| 51 OCCUPATION | 52 DOB | 53 SEX | 54 RACE | 55 AGE | 56 BUSINESS ADDRESS SCHOOL | 57 BUS PHONE OR BPC |
|---|---|---|---|---|---|---|
| UNK | 5-25-52 | F | BLK | 50 | | |

58 ADDITIONAL VICTIMS/ WITNESSES? ☐

| 59 SUSPECT #1 (LAST, FIRST, MIDDLE) | 60 NICKNAME AKA | 61 COB | 62 SEX | 63 RACE | 64 AGE | 65 HT | 66 WT | 67 HAIR | 68 EYES |
|---|---|---|---|---|---|---|---|---|---|
| UNK. | | | | | | | | | |

| 69 SUSPECTS ADDRESS | CLOTHING DESCRIPTION | 71 CITE # | 72 ARREST # | 73 MIRANDA ☐YES ☐NO |
|---|---|---|---|---|

| 74 SUSPECT #2 (LAST, FIRST, MIDDLE) | 75 NICKNAME AKA | 76 DOB | 77 SEX | 78 RACE | 79 AGE | 80 HT | 81 WT | 82 HAIR | 83 EYES |
|---|---|---|---|---|---|---|---|---|---|

| 84 SUSPECTS ADDRESS | 85 CLOTHING DESCRIPTION | 86 CITE # | 87 ARREST # | 88 MIRANDA ☐YES ☐NO |
|---|---|---|---|---|

| 89 SUSPECT BUILD | 90 COMPLEXION | 91 HAIR STYLE | 92 HAIR LGTH/TYPE | 93 FACIAL HAIR | 94 GENERAL APPEARANCE | 95 SPEECH | 96 DEMEANOR |
|---|---|---|---|---|---|---|---|
| 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT | 1 2 SUSPECT |
| U ☐☐ Unknown | UK ☐☐ Unknown | UNKN ☒☐ Unknown | UNK ☒☐ Unknown | UNKN ☒☐ Unknown | NK ☒☐ Unknown | UNK ☒☐ Unknown | UNK ☐☐ Unknown |
| T ☐☐ Thin | AC ☐☐ Acne | AFRO ☐☐ Afro/Nat | BALD ☐☐ Bald | CLSH ☐☐ Clean Shave | CS ☐☐ Conservative | ACC ☐☐ Accent | ANG ☐☐ Angry |
| M ☐☐ Muscular | DR ☐☐ Dark | BRAID ☐☐ Braided | COLLA ☐☐ Collar | FULB ☐☐ Full Beard | DR ☐☐ Dirty | LSP ☐☐ Lisps | APO ☐☐ Apologetic |
| A ☐☐ Average | FL ☐☐ Freckled | BUSH ☐☐ Bushy | LONG ☐☐ Long | FUMA ☐☐ Fu Manchu | DS ☐☐ Disguise | LOU ☐☐ Loud | CAL ☐☐ Calm |
| H ☐☐ Heavy | LT ☐☐ Light | GRSY ☐☐ Greasy | SHOU ☐☐ Shoulder | COAT ☐☐ Goatee | FL ☐☐ Flashy | LP ☐☐ Low Pitched | DSO ☐☐ Disorganized |
| | ME ☐☐ Medium | MILT ☐☐ Military | SHOR ☐☐ Short | LOWL ☐☐ Lower Lip | GL ☐☐ Good Looking | HIP ☐☐ High Pitched | IRR ☐☐ Irrational |
| | PA ☐☐ Pale | PONY ☐☐ Ponytail | COAR ☐☐ Coarse | MUST ☐☐ Mustache | ML ☐☐ Military | OFF ☐☐ Offensive | NER ☐☐ Nervous |
| | PM ☐☐ Pocked | PROC ☐☐ Processed | FINE ☐☐ Fine | N-FUZ ☐☐ None Fuzz | UK ☐☐ Unkempt | NES ☐☐ Non English Speaking | POL ☐☐ Polite |
| | RU ☐☐ Ruddy | STRA ☐☐ Straight | THIC ☐☐ Thick | SIDE ☐☐ Sideburns | UN ☐☐ Unusual Odor | | PHO ☐☐ Professional |
| | SA ☐☐ Sallow | WGCL ☐☐ Wavy/Curly | THIN ☐☐ Thinning | UNSH ☐☐ Unshaven | WC ☐☐ Well Groomed | NOM ☐☐ Normal | STU ☐☐ Stupor |
| | TA ☐☐ Tanned | WIG ☐☐ Wig | WIRY ☐☐ Wiry | VNDK ☐☐ Van Dyke | CA ☐☐ Casual | TLK ☐☐ Talkative | VIO ☐☐ Violent |
| | OT ☐☐ Other | CORN ☐☐ Corn Rows | SHAV ☐☐ Shaved | OTHR ☐☐ Other | CC ☐☐ Clean Cut | RAP ☐☐ Rapid | NOR ☐☐ Normal |
| | | CREW ☐☐ Crew | RCHI ☐☐ Receding | | OT ☐☐ Other | DIS ☐☐ Disguised | PFN ☐☐ Profane |
| | | OTHR ☐☐ Other | MED ☐☐ Medium | | | SOF ☐☐ Soft | EFF ☐☐ Effeminate |
| | | PUNK ☐☐ Punk | | | | STU ☐☐ Shaken | |

97 FURTHER SUSPECT DESCRIPTION (I.E., GLASSES, TATTOOS, TEETH, BIRTHMARKS, JEWELRY, SCARS, MANNERISMS, WEAPONS, CLOTHES, SHOES, MASKS, HATS, GLOVES, UNIFORMITIES, ETC.)

SUSPECT 1:

SUSPECT 2

98 ADDITIONAL SUSPECTS LISTED? ☐YES ☐NO

**VEHICLES**

INVL CODES    VIC=VICTIM    SUS=SUSPECT    OTH=OTHER

| 99 INVL | 100 LICENSE NUMBER | 101 LIS | 102 LIY | 103 V YR | 104 V MA | 105 V MO | 106 V ST | 107 V CO |
|---|---|---|---|---|---|---|---|---|

| 108 TOWED TO | 109 HOLD ☐YES ☐NO | 110 ADDITIONAL VEHICLE IDENTIFIERS (DAMAGE, CHROME WHEELS, VIN, ETC) | | | | | | |
|---|---|---|---|---|---|---|---|---|

| 111 INVL | 112 LICENSE NUMBER | 113 LIS | 114 LIY | 115 V YR | 116 V MA | 117 V MO | 118 V ST | 119 V CO |
|---|---|---|---|---|---|---|---|---|

| 120 TOWED TO | 121 HOLD ☐YES ☐NO | 122 ADDITIONAL VEHICLE IDENTIFIERS (DAMAGE, CHROME WHEELS, VIN, ETC) | | | | | | |
|---|---|---|---|---|---|---|---|---|

**ROUTING**

| 123 ROUTING | | | | 124 REMARKS |
|---|---|---|---|---|
| ROBBERY ✓ | COM REL | | | |
| A-T | HOMICIDE | PROPERTY | STAT ✓ | R FILE ✓ |
| ADM | JUV | VICE | STATE | TOTAL |
| SS CAPT | FRAUD | GA | DA | ASSIGNED |
| UNI CAPT | CIB CAPT | TRAFFIC | IA | |

A/LT R. CLARK

AUG 11 2002

| 125 CASE NO. | 125 |
| --- | --- |
| O2-21824 | PAGE 2 OF 5 |

**127 INVESTIGATIVE ACTIVITIES** N/AD

- ☐ 1 Dusted for Latents
- ☐ 2 Tool Marks Photographed
- ☐ 3 Vehicle/Shoe Tracks Photographed
- ☐ 4 Scene Photographed
- ☐ 5 Victim Photographed
- ☐ 6 Scene Diagramed
- ☐ 7 Neighborhood Checked
- ☐ 8 Area Checked
- ☐ 9 Area Checked
- ☐ 10 Witness(es) Contacted
- ☐ 11 Victim(s) Contacted
- ☐ 12 Tech Who? _____
- ☐ 13 Det. Notified Who? _____
- ☐ 14 Crime Prevention Survey Completed
- ☐ 15 Teletype or BOL
- ☐ 16 Other _____

**128 PHYSICAL EVIDENCE**

- FP ☐ Finger Prints
- OP ☐ Other Prints
- WP ☐ Weapon
- TL ☐ Tool/Marks
- VH ☐ Vehicle
- PH ☐ Photos
- HA ☐ Hair
- ST ☐ Semen
- BL ☐ Blood/Saliva
- PJ ☐ Projectile (Bullet/Casing)
- CL ☐ Clothing
- TT ☐ Tire Tracks
- ID ☐ Insulation/Dust
- PS ☐ Paint Samples
- GL ☐ Glass/Fragments
- DC ☐ Documents
- MS ☐ Mud/Soil

**129 SOLVABILITY**

- ☐ SUSPECT CAN BE NAMED
- ☐ SUSPECT CAN BE LOCATED
- ☐ SUSPECT CAN BE DESCRIBED
- ☐ SUSPECT CAN BE IDENTIFIED
- ☐ THERE IS A WITNESS TO CRIME
- ☐ THERE IS SIGNIFICANT M.O. PRESENT
- ☐ MAJOR PROPERTY LOSS ($3,000 OR OVER)
- ☐ STOLEN PROPERTY IS TRACEABLE
- ☐ STOLEN PROPERTY CAN BE IDENTIFIED
- ☐ SERIAL NUMBERS ARE KNOWN
- ☐ THERE IS SIGNIFICANT PHYSICAL EVIDENCE
- ☐ SUSPECT VEHICLE LICENSE IS KNOWN
- ☐ SUSPECT VEHICLE CAN BE DESCRIBED
- ☐ SUSPECT VEHICLE CAN BE IDENTIFIED

**130 VICTIM VULNERABILITY** — 1 VICTIM  2 VICTIM

- ELDER ☐ ☐ Elderly
- MENTL ☐ ☐ Mental Disability
- PHYOS ☐ ☐ Physical Disability
- YOUNG ☐ ☐ Young/Small
- FORGN ☐ ☐ Foreign
- Weapon Used Against Victim ☐ Yes  ☐ No

**131 VICTIM ACTIONS** — 1 VICTIM  2 VICTIM

- PROST ☐ ☐ Involved with Prostitute
- ALONE ☐ ☐ Alone
- AWAY ☐ ☐ Away From Scene of Crime
- HITCH ☐ ☐ Hitch Hiking
- WALK ☐ ☐ Walking
- MORE ...

**CONTINUED ...** 1 VICTIM  2 VICTIM

- INRES ☐ ☐ In Restaurant
- JOG ☐ ☐ Jogging
- PKLOT ☐ ☐ In Parking Lot
- SLEEP ☐ ☐ Sleeping
- DRIVE ☐ ☐ Driving
- SHOP ☐ ☐ Shopping

**CONTINUED ...** 1 VICTIM  2 VICTIM

- BIKE ☐ ☐ Biking
- UIAD ☐ ☐ Under the Influence
- OTHER ☐ ☐ Other
- WAIPT ☐ ☐ Waiting for Public Transit
- PASPT ☐ ☐ Passenger, Public Transit
- PASPV ☐ ☐ Passenger, Private Vehicle

**132 NARRATIVE**

1 ON 5-11-00 AT ABOUT 1340 HRS. I WAS DISPATCHED TO 567 8TH ST ON A

2 REPORT OF A PERSON SHOT. PERSON WHO CALLED THEN HUNG UP THE PHONE.

3 ON ARRIVAL AT ABOUT 1343 HRS. AMR #119 AND R F D ENGINE #167 WERE

4 ON THE SCENE.

5

6 OFFICER CAVANAUGH ASSISTED IN INTERVIEW THE WITNESS INSIDE THE

7 HOUSE REFER CAVANAUGH SUPPLEMENTAL. OFFICER(S) MIKELL AND MANDELL

8 THEY CONDUCTED A NEIGHBORHOOD CHECK. SGT. JENKINS AND OFFICER

9 SIMMONS ARRIVED ON THE SCENE.

10

11 I NOTICED THAT THE FRONT DOOR WAS OPEN. BLOOD SPLATS WERE INFO

12 AND ON THE STEPS WHICH LEAD TO THE FRONT DOOR. I FOUND THE VICTIM LYING

13 ON HIS BACK ON THE LIVING ROOM FLOOR. HIS WHITE SHIRT WAS LIFTED

14 I SAW A ENTRY WOUND TO LEFT RIB CAGE AREA. I DID NOT SEE ANY

15 EXIT WOUND. I ASKED THE VICTIM WHO WAS LATER IDENTIFIED AS GRISBY WHAT

16 HAPPENED. HE JUST SAID IT HURTS. HE UNRESPONSIVE NOT ABLE TO ANSWER

17 HOW HE GOT HURT.

18

19 I CONTACTED BERRY WHO LIVES AT 567 8TH ST. SHE SAID THAT SHE CALLED

20 RPD. BERRY ADVISED THAT THE VICTIM (GRISBY) IS DATING HER DAUGHTER.

21 BERRY SAID SHE WAS STANDING IN THE DINING ROOM SERVING HER GREAT

| 133 REPORTING OFFICER | 134 I.D. # | 135 APPROVED BY: | 136 DATE |
| --- | --- | --- | --- |
| T. JACKSON | 1378 | | |

CP5334A - FORM #

| | 69. CASE NO. |
|---|---|
| | 02-21824 |
| | 3 OF 5 |

| 70. CODE SECTION | 71. CRIME | 72. CLASSIFICATION |
|---|---|---|
| 245(A)(1) P.C | ADW | FIREARM |

| 73. VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | 74. ADDRESS | RESIDENCE | BUSINESS | 75. PHONE |
|---|---|---|---|---|
| GRISBY, AIDEN | 954 8TH ST. | | | 233-8099 |

GRAND DAUGHTER SOME FOOLS THAT BERRY BROUGHT OVER. BERRY SAID

THAT BERRY STEP OUT OF THE HOUSE FOR A MOMENT. ACCORDING TO

BERRY WHILE SHE WAS STANDING BY HER DINING ROOM TABLE, SHE HAPPENED

TO LOOK OUT OF HER FRONT DINING ROOM WINDOW AND SAW TWO BMA

TUSSLING. BERRY WAS UNABLE TO IDENTIFY THE TWO BMA STANDING IFO HER

HOUSE, DUE TO THE SUN GLARING IN HER EYES. MOMENTS LATER BERRY SAID

SHE HEARD TWO POPPING SOUNDS. SHE THOUGHT THAT IT WAS FIRE CRACKERS.

ACCORDING TO BERRY, GRISBY CAME INTO HER HOUSE AND SAID THAT HE HAD

BEEN SHOT.

AFTER AMR LOADED GRISBY ONTO THE GURNEY THERE WAS A LARGE AMOUNT

OF MONEY LYING ON THE FLOOR. I.D. TECH OFFICER SIMMONS TOOK SEVERAL

PHOTOS OF THE MONEY AND CRIME SCENE. OFFICER SIMMONS TOOK POSSESSION OF

GRISBY'S MONEY. REFER TO OFFICER SIMMONS SUPPLEMENTAL.

GRISBY WAS TRANSPORTED TO KAISER HOSPITAL AT 901 NEVIN ST. WHERE

HE WAS AIR LIFTED TO JOHN MUIR HOSPITAL IN WALNUT CREEK.

I WENT OUTSIDE AND CONTACTED THE VICTIM'S SISTER CAROLINE GRISBY.

CAROLINE SAID A FEMALE FRIEND OF HER'S TOLD HER THAT A BMA NAME HENRY, WHO HAS

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE AND TIME | ROUTED BY |
|---|---|---|---|---|
| T. JACKSON # 1378 | | | | |

| FURTHER ACTION | COPIES TO: | | | |
|---|---|---|---|---|
| YES | DETECTIVE | CII | | |
| NO | JUVENILE | PATROL | | |
| | DIST. ATTNY | OTHER | REVIEWED BY | DATE |
| | S.O./P.D. | OTHER | | |

CAL. JUS. CR #2

87 46200

| | | | 69. CASE NO. |
|---|---|---|---|
| | | | 02-21.8·24 |
| | | | 4 OF 5 |

| 70. CODE SECTION | 71. CRIME | 72. CLASSIFICATION | | | |
|---|---|---|---|---|---|
| 2.95(a)(1) P.C | ADW | FIRE ARM | | | |

| 73. VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | 74. ADDRESS | RESIDENCE | BUSINESS | 75. PHONE |
|---|---|---|---|---|
| GRISBY, AIDEN | 954 9TH ST | | | 233-8099 |

THREE OR FOUR FINGER ON ONE OF HIS HANDS, HAD SOMETHING TO DO WITH HER BROTHER BEING SHOT. CAROLINE REFUSED TO GIVE ME THE NAME OF HER FEMALE FRIEND. CAROLINE SAID THAT HER FRIEND LIVES ACROSS THE STREET FROM 567 8TH ST. CAROLINE SAID THAT HER FRIEND SAW HENRY AND ANOTHER BMA SUSPECT ATTACK HER BROTHER. CAROLINE SAID THAT SHE WILL TRY TO FIND OUT WHO THAT OTHER PERSON IS.

I ASKED CAROLINE DOES HER BROTHER USUALLY CARRY LARGE AMOUNTS OF MONEY ON HIM. SHE SAID "NO." CAROLINE SAID HER BROTHER WENT TO THE BANK OF WEST BANK A COUPLE OF DAYS AGO TO GET TWO THOUSAND DOLLARS OUT THE BANK, SO THEY COULD BURY THEIR FATHER, WHO DIED RECENTLY. CAROLINE SAID HER FATHER NAME WAS EDDIE GRISBY.

I CONTACTED PAUL CURTIS WHO SAID HE WAS INSIDE OF THE HOUSE AT 567 8TH ST. WHEN GRISBY GOT SHOT. CURTIS SAID HIM AND GRISBY ARE BEST FRIENDS. CURTIS SAID THAT GRISBY CAME OVER TO BENNY'S HOUSE TO DROP OFF SOME FOOD FOR HIS NIECE. CURTIS SAID GRISBY STEPPED OUTSIDE FOR A MOMENT TO USE HIS CELL PHONE. CURTIS SAID WHILE HE WAS SITTING DOWN ON THE COUCH WATCHING T.V. HE HEARD TWO GUN SHOTS. CURTIS SAID GRISBY CAME INTO THE HOUSE AND SAID THAT HE HAD BEEN SHOT. CURTIS HAD NO SUSPECT INFO.

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE AND TIME | ROUTED BY |
|---|---|---|---|---|
| | | | | |

| FURTHER ACTION | YES | COPIES TO: | DETECTIVE | C11 | | | |
|---|---|---|---|---|---|---|---|
| | NO | | JUVENILE | PATROL | | | |
| | | | DIST. ATTNY | OTHER | | | |
| | | | S.O./P.D. | OTHER | REVIEWED BY | | DATE |

CAL. JUS. CR #2

87 46202

| | | | | | 69. CASE NO. |
|---|---|---|---|---|---|

02-21824

5 of 5

| 70. CODE SECTION | 71. CRIME | 72. CLASSIFICATION | | | |
|---|---|---|---|---|---|
| 245(a)(1) P.C. | ADW/ | FIREARM | | | |

| 73. VICTIM'S NAME - LAST, FIRST, MIDDLE  (FIRM IF BUS.) | 74. ADDRESS | RESIDENCE | | BUSINESS | 75. PHONE |
|---|---|---|---|---|---|
| GRISBY, AIDON | 959 9TH ST. | | | | 233-8099 |

AT ABOUT 1800 HRS., OFFICER J. HUGEL AND I ARRIVED AT JOHN MUIR

HOSPITAL. WE WERE ADVISED BY THE MEDICAL STAFF THAT GRISBY

WAS IN SURGERY AND THEY DID NOT KNOW HOW LONG IT WOULD TAKE.

MEDICAL STAFF DID SAY THAT GRISBY WAS IN STABLE CONDITION. THE

STAFF PROVIDED US WITH GRISBY'S TRAUMA # 12964.


ROUTE TO CIB

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE AND TIME | ROUTED BY |
|---|---|---|---|---|
| T. JACKSON # 1378 | | | | |

| FURTHER ACTION | | COPIES TO: | | |
|---|---|---|---|---|
| YES | DETECTIVE | CII | | |
| NO | JUVENILE | PATROL | | |
| | DIST. ATTNY. | OTHER | | |
| | S.O./P.O. | OTHER | REVIEWED BY | DATE |

CAL. JUS. CR #2

BJ 46702

69 CASE NO
02-21824

1 of 2

| TO CODE SECTION 245(a)(2) PC | 71. CRIME ADW | 72. CLASSIFICATION FIREARM |
|---|---|---|

73 VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.)  GRISBY, ALDON    (AKA - BUTCH)

| 74. ADDRESS 954  | X RESIDENCE  9TH ST | BUSINESS | 75. PHONE 233-8099 |

INDEX AS WITNESS:

NAME - WILLIAMS, AUGUSTER

ADDRESS - 456 4TH ST

PHONE - 510-236-5859

DOB - 4-8-35    AGE - 67

HT - 5'9 , WT - 190

DATA
AUG 11 2002
ENTRY

NARRATIVE:

ON 8-11-02 AT 1341 I WAS DISPATCHED TO 576 8TH ST FOR THE REPORT OF A SHOOTING.

UPON ARRIVAL I WAS INSTRUCTED BY SGT. JENKINS TO ASSIST OFFICER T. JACKSON WITH INTERVIEWS OF THE OCCUPANTS AT 576 8TH ST.

I THEN SPOKE WITH AUGUSTER WILLIAMS. WILLIAMS SAID AT APPROX- IMATELY 1315 HRS HE WAS SITTING IN THE LIVINGROOM ON A CHAIR WATCHING THE BASEBALL GAME ON T.V.

576 8TH ST IS A SINGLE FAMILY HOME MID BLOCK ON THE ECL FACING WEST ON 8TH ST. THE FRONT DOOR TO THE RESIDENCE

| REPORTING OFFICERS  CAURAUGH #1320 | RECORDING OFFICER |
|---|---|

| | ROBBERY | COMPILED BY | GANGS | DATE AND TIME | | ROUTED BY |
|---|---|---|---|---|---|---|
| A.T. | HOMICIDE | | PROPERTY | STAT | R. FILE | NO |
| ADM | JUV | | VICE | STAT. | TOTAL | |
| S.S. CAPT. | FRAUD | | C.A. | D.A | ASSIGNED | |
| UNI. CAPT. | CIB CAPT. | | TRAFFIC | I.A. | | HOMICIDE |

| FURTHER ACTION | YES | COPIES TO: | | DETECTIVE | | CII |
|---|---|---|---|---|---|---|
| | NO | | | JUVENILE | | PATROL |
| | | | | DIST. ATTNY | | OTHER |
| | | | | SQ./P.D. | | OTHER |

REVIEWED BY  LT. J. SIMON

DATE  AUG 11 2002

CAL. JUS. CR #2

8⁻ 46202

| 69. CASE NO. |
| --- |
| D2-21824 |
| 282 |

| 70. CODE SECTION | 71. CRIME | 72. CLASSIFICATION |
| --- | --- | --- |
| 245(a)(2) PC | ADW | FIREARM |

| 73. VICTIM'S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | 74. ADDRESS [X] RESIDENCE [ ] | BUSINESS | 75. PHONE |
| --- | --- | --- | --- |
| GRISBY, ALOON (AKA BUTCH) | 954 9TH ST | | 233-8099 |

FACES SOUTH. THE CHAIR WILLIAMS WAS SITTING IN FACED EAST
AND THE TELEVISION WAS AGAINST THE SOUTH LIVINGROOM WALL.

WILLIAMS SAID ALDON GRISBY, HE KNOWS AS "BUTCH", HAD JUST
WALKED INTO THE RESIDENCE WITH KFC CHICKEN. "BUTCH" FIXED
HIS NIECE A PLATE OF FOOD AND WENT BACK OUTSIDE TO THE FRONT
YARD. WILLIAMS THEN SAID "BUTCH" WAS OUTSIDE FOR ABOUT 5 MINUTES
WHEN I HEARD 2 POPS. "BUTCH" CAME STAGGERING INTO THE
HOUSE AND SAID 'I'VE BEEN SHOT.'

WILLIAMS SAID "BUTCH" DID NOT MAKE ANY STATEMENTS OTHER THAN
HE HAD BEEN SHOT. WILLIAMS DID NOT SEE OR HEAR ANYTHING ELSE.
WILLIAMS HAD NO FURTHER INFORMATION.

WILLIAMS WAS FULLY COOPERATIVE DURING THIS INTERVIEW AND SAID
IT WOULD BE NO PROBLEM IF POLICE NEEDED TO RECONTACT HIM.

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE AND TIME | ROUTED BY |
| --- | --- | --- | --- | --- |
| DERAUGH # 1320 | | | | |

| FURTHER ACTION | [ ] YES COPIES TO: | [ ] DETECTIVE | [ ] C11 | | |
| --- | --- | --- | --- | --- | --- |
| | [ ] NO | [ ] JUVENILE | [ ] PATROL | | |
| | | [ ] DIST. ATTNY | [ ] OTHER | | |
| | | [ ] S.O./P.D. | [ ] OTHER | REVIEWED BY | DATE |

CAL. JUS. CR #2

87-46203

| | CASE NO: |
|---|---|
| **RICHMOND POLICE DEPARTMENT 0710** | 02-21824 |
| Patrol Bureau Supplement | PAGE NO: |
| | 1 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC245 A2 | ADW/FIREARM | RECORDS | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| GRISBY, ALDON | |

I.    **OBSERVATIONS:**

Date and time: 08/11/02, 1350 hours.
Location: 576 A St.
Scene: ADW.
Victim injury: gunshot wound to chest.

I responded to 576 A St on a report of a shooting. Other RPD officers, RFD personnel, and AMR personnel were on the scene prior to my arrival. When I arrived I saw that there were keys in the front yard of the residence. There was a blood trail leading from the keys into the residence of 576 A St. I entered the residence and saw Victim Grisby laying on the family room floor. I noted there was a bloody chair above where Grisby's head was on the floor. I saw that Grisby's clothing had been cut away in a search for wounds. I saw that there was a gunshot wound to the left side of Grisby's chest. Grisby was receiving medical attention from fire and ambulance personnel. Grigsby was taken from the scene and transported by ambulance to a landing area where he was then transported by helicopter to John Muir Hospital for further medical attention. Once Grigsby was transported from the living room I saw that there was money and a bag with yellow metal rings and other items on the floor in the area of his clothing.

I took photographs of the scene. I collected the keys, sample swabs of blood. I collected Grisby's clothing and the items on the floor which were intermingled with his clothing. I was informed that a cell phone had been brought in from outside where Grisby had been shot. I collected the cell phone for safe keeping.

At the H of J I removed a clear plastic bag containing five smaller zip-lock bags from the right front pants pocket of the victim's clothing. Each of the five ziplock bags contained off-white rock material consistent with the appearance of base cocaine. I was unable to test the white rock material as I did not have a Presumptive Test available. I later booked those items into the narcotics locker. I booked $27.86 which was in the right front pants pocket of the victim's clothing. I located one black men's wallet containing two CA ID cards for Grisby and miscellaneous other papers. I later booked the wallet into property. I located one notebook with numerous initials and amounts written beside the initials in the left rear pocket of the victim's pants. I counted the currency that was on the floor in the area of the victim's clothing that I had collected. The currency totaled $727 in various denominations. It should be noted that the bulk of the currency was held together with a rubber band and was separated by denominations, one, fives, tens, and twenties. I booked one Mechanics Bank Safe Deposit Key #1804 which I collected in the area of the victim's clothing from the living room floor.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|
| OFC E HAUPT, #1220 | md | 08/19/02 | **SGT. M. PON** | AUG 1 9 2002 |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other | Assigned |
|---|---|---|---|---|---|---|---|---|---|---|
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Capt. | CIB Capt. | Traffic | I.A. | Other | Total |

| | CASE NO: |
|---|---|
| **RICHMOND POLICE DEPARTMENT 0710**<br>Patrol Bureau Supplement | 02-22314 |
| | PAGE NO:<br>2 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC488 | PETTY THEFT | | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| PETRO PLUS TOWING | |

After the bloody clothing was allowed to dry it was booked under evidence under this case number along with the other items that I previously mentioned.

**II.    PHOTOS: DIGITAL CAMERA #32 PHOTOGRAPHS DOWNLOADED UNDER THIS CASE NUMBER.**

1.    View of 578 A St.
2.    View of walkway ifo the residence.
3.    View of the victim on the backboard in the living room.
4.    View of the victim, with a wound to the left side of his chest.
5.    View of victim being transported into the ambulance.
6.    View of clothing, money and key on the living room floor.
7.    View of the blood on the chair in the living room.
8.    View of keys in the front yard of the residence.

**III.    LATENTS:   N/A**

**IV.    PHYSICAL EVIDENCE: BOOKED UNDER THIS CASE NUMBER.**

1.    One - set of keys (8 keys).
2A.    One - control swab.
3A.    One - blood sample swab.
3B.    One - control swab.
4A.    One - blood sample swab.
4B.    One - control swab.
5.    One - Samsung cell phone.
6.    One - plastic bag containing nine yellow metal rings (eight with stones, one without stones).
7.    One - pair of white tennis shoes, bloodstained.
7A.    One - plastic bag containing five clear small plastic ziplock bags each containing off-white rock material.
7A1.    $27.86 US currency and coins.
7B.    One - black men's wallet with ID and miscellaneous papers (for Alden Grisby, 02/26/52).
7C.    One - notebook.
7D.    One - Mechanics Bank Safe Deposit box (#1804).
8.    One - pair of "Cosmo Jeans" black, bloodstained, cut open.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| OFC E HAUPT, #1220 | md | 08/19/02 | |

| Robbery ___ | Com. Rel ___ | A.T. ___ | Homicide ___ | Property ___ | Stat ___ | Admin. ___ | Juv. ___ | Vice ___ | Other:_____ | Assigned:_____ |
|---|---|---|---|---|---|---|---|---|---|---|
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other:_____ | Total _____ |

| | CASE NO: |
|---|---|
| **RICHMOND POLICE DEPARTMENT 0710**<br>Patrol Bureau Supplement | 02-22314 |
| | PAGE NO:<br>3 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC488 | PETTY THEFT | | |

| VICTIM'S NAME - LAST,FIRST,MIDDLE(FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| PETRO PLUS TOWING | |

9.   Two - shirts, (one Bill Blass, tan and blue print, bloodstained, cut open, one white sleeveless bloodstained, cut open T-shirt).
10.   (No evidence item for this number).
11.   $727 US currency.

| REPORTING OFFICERS | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|
| OFC E HAUPT, #1220 | md | 08/19/02 | |

| RICHMOND POLICE DEPARTMENT RECORDS Investigative Bureau Supplement | | CASE NO: 02-21824 |
|---|---|---|
| | | PAGE NO: 1 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |
| VICTIM=S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | | | DATE OF ORIGINAL |
| GRISBY, ALDON | | | 08/11/02 |

**Attention Records, index as witness:**

Boykins, Herman BMA 05/07/1947
322 30TH Street
Richmond, Ca. 94804

Nichols, Barbara BFA 08/07/1950
583 8th Street
Richmond, Ca. 94801
Hm#237-2467

Nichols, Craig BMA 07/06/1970
583 8th Street
Richmond, Ca. 94801
Hm#237-2467

DATA
OCT 08 2002
ENTRY

**13 August 2002 0700 Hours**

I received this out of custody assault with a firearm report for follow up investigation. I read Officer Jackson's (serial #1378) report and learned that Aldon Grisby was shot one time on the left side of his torso. Grisby was in extreme pain and was not able to give Officer Jackson a statement. Officer Jackson was told by Aldon's sister, Caroline Grisby, that a BMA who has a first name of "Henry" was involved in Aldon's attack. Caroline further said "Henry" only has three or four fingers on one hand. Aldon was taken to Kaiser Hospital where he was airlifted to the John Muir Trauma Center.

**1100 Hours**

I telephoned and spoke with Caroline. Caroline told me Aldon was with "Three Finger Herman" when he was shot. Caroline said she heard on the street that Three Finger Herman may have had something to do with the attempted robbery and shooting of Aldon. Caroline told me Aldon is still in critical condition. Caroline said

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|---|
| Det. H. Esparza 1165 | | He | 09/05/02 | R ITER | |
| Robbery ___ Com. Rel. ___ A.T. ___ Homicide ___ Property ___ Stat ___ Admin. ___ Juv. ___ Vice ___ Other: ___ Assigned: FILE | State ___ SS Capt. ___ Fraud ___ C.A. ___ D.A. ___ Patrol Capt. ___ CIB Capt ___ Traffic ___ I.A. ___ Other: ___ Total L ___ | | | | |

| RICHMOND POLICE DEPARTMENT 0710 | CASE NO. |
|---|---|
| **Investigative Bureau Supplement** RECORDS | 02-21824 |
| | PAGE NO. |
| | 2 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |
| VICTIM-S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | | | DATE OF ORIGINAL |
| GRISBY, ALDON | | | 08/11/02 |

Aldon is heavily medicated, in a state of semi-consciousness, and not able to speak. Caroline told me she would call me should Aldon's condition change or should she hear anything else about what happened or who was involved.

**1120 Hours**

I telephoned John Muir Hospital. I confirmed that Aldon was in critical condition and still not able to speak.

**21 August 2002 1000 Hours**

I telephoned John Muir Hospital. I spoke with a male nurse in the Intensive Care Unit of John Muir Hospital that identified himself as "Hiram." Hiram told me Aldon was still in critical condition. Hiram said Aldon was not responsive. Hiram also said the doctors had to remove Aldon's spleen and portions of his intestines and a portion of his liver. Hiram said Aldon was heavily medicated.

**22 August 2002 1330 Hours**

There was a note on my desk to call Officer McVey. Officer McVey had information about the shooting of Aldon Grisby. I telephoned Officer McVey on his cell phone. Officer McVey told me he received information from a person who wished to remain anonymous that the suspects in the shooting of Aldon Grisby were Arrington Green and Willie Randolph III. Officer McVey said Aldon was shot during a robbery. Officer McVey said he was told the weapon that was used was a .357 caliber revolver. Officer McVey could give me no further information.

I compiled a photo line up of Arrington Green and another photo line up of Willie Randolph III. Green was placed in the #1 position and Randolph was placed in the #4 position.

**28 August 2002 0800 Hours**

I telephoned John Muir Hospital. I was told that Aldon was doing better but was still heavily medicated.

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|---|
| Det. H. Esparza 1165 | | He | 09/05/02 | |

| Robbery State | Com. Ret. SS Capt. | A.T. Fraud | Homicide C.A. | Property D.A. | Stat Patrol Capt. | Admin. CIB Capt. | Juv. Traffic | Vice I.A. | Other: Other: | Assigned Total |
|---|---|---|---|---|---|---|---|---|---|---|

| RICHMOND POLICE DEPARTMENT 0710 | | | CASE NO: 02-21824 |
| --- | --- | --- | --- |
| Investigative Bureau Supplement RECORDS | | | PAGE NO: 3 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
| --- | --- | --- | --- |
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |

| VICTIM=S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | DATE OF ORIGINAL |
| --- | --- |
| GRISBY, ALDON | 08/11/02 |

### 04 September 2002 1030 Hours

Officer Newton came to my office. Officer Newton told me Three Finger Herman was at the Hall of Justice. Three Fingers Herman's true name is Herman Boykins. I asked Officer Newton to escort Boykins to CIB interview room #130.

### 1040 Hours

I interviewed Boykins. This interview was recorded on video cassette. I asked Officer Newton to sit in on the interview because it appeared to me they had a good rapport. The following is a summation of my interview of Boykins. Refer to the video cassette for complete details.

Boykins told me he and Aldon were talking in Aldon's front yard. Boykins referred to Aldon as "Butch." Boykins said a BMA walked by them. Boykins said the BMA looked directly at him from a short distance away. Boykins told the BMA "What's up?" Boykins said the BMA walked to a car that was parked down the street. Boykins said the suspect got a gun out of the car. Boykins said he did not see where in the car the suspect got the gun. Boykins said the suspect walked in between he and Aldon. Boykins said the suspect was holding the gun in his left hand which was parallel his leg. Boykins said the suspect lifted the gun up and said "Shut the fuck up! This is a robbery!" Boykins believed the suspect was joking. Boykins asked the suspect if it was a joke. The suspect told Boykins "Shut the fuck up motherfucker!" Boykins said Aldon asked him (Boykins) if he had anything to do with the robbery. Boykins told Aldon he had nothing to do with it.

Boykins said the suspect fired one shot. Boykins said the shot passed right in front of him. Boykins said he backed away from Aldon and the suspect. Boykins said he got on his bicycle and rode away. Boykins said the suspect was looking at Aldon. Boykins said the suspect did not try to take anything of his. Boykins told me he heard a second shot as he was pedaling away. Boykins said he felt bad for having abandoned Aldon. Boykins made a u-turn and drove back toward Aldon's house. Boykins told me he saw the suspect running away. Boykins last saw the suspect running across Ripley Avenue. Boykins said someone in the neighborhood told him the suspect dropped the gun as he was running. Boykins said he was told the suspect came back later, found the gun, and took it with him. Boykins said the gun could possibly now be to the rear of "Cookie's" house which is across the street from Aldon's house. Officer Newton knew the location of Cookie's house.

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY |
| --- | --- | --- | --- | --- |
| Det. H. Esparza 1165 | | He | 09/05/02 | |

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stat | Admin. ___ | Juv. ___ | Vice ___ | Other: ___ | Assigned: ___ |
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other: ___ | Total ___ |

| RICHMOND POLICE DEPARTMENT 0710 | | | CASE NO:<br>02-21824 |
|---|---|---|---|
| **Investigative Bureau Supplement** | | | PAGE NO:<br>4 |
| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | RECORDS |
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |
| VICTIM—S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | | | DATE OF ORIGINAL |
| GRISBY, ALDON | | | 08/11/02 |

Boykins said he can identify the suspect. Boykins has seen the suspect several times in the past. Boykins said he helped the suspect once when the police had him stopped. Boykins told the police to give the guy a break and they did.

I told Boykins I wanted to show him a photo line up. I told Boykins the suspect may or may not be in the photo line up. I told Boykins he was not obliged to identify anyone. I showed Boykins a color photo line up with Arrington Green in the #1 position. Boykins looked at the photo line up and pointed to photo #1 without hesitation. Boykin's said "that him." Boykins signed the photo line up. This concluded Boykins statement to me. I marked the video cassette 1165-1 for record keeping purposes.

Officer Newton and I called for a briefing. Present at the briefing were members of the Robbery/Homicide Unit, Property Crimes Unit, and Patrol. Officer Newton told us at the briefing that he had seen Arrington Green today in the 7th Street and Pennsylvania Avenue area. We devised a plan where a select number of units would look for Green in that area and the other units would be pre-positioned to secure the block should Green attempt to evade capture.

**1225 Hours**

Green was arrested in the 700 block of Pennsylvania Avenue without incident.

**1230 Hours**

Officer Newton and I drove to 583 8th Street. Other detectives came along to help search if and when consent was given. The other detectives stayed out of view. 583 8th Street is the home of Barbara Nichols, a.k.a. "Cookie." Boykins had told me during the interview that Green's handgun might be hidden in a truck to the rear of this house. Nichols was also a potential witness to the shooting.

Officer Newton knocked on the front door. A male answered the door. Officer Newton asked to speak with Cookie. Cookie came to the door. Officer Newton asked Cookie if we could search her home and her backyard for weapons. Cookie told Officer Newton that we could "Go ahead and look." I interviewed Cookie while the home was searched. I will hereinafter refer to Cookie by her last name, Nichols.

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|---|
| Det. H. Esparza 1165 | | He | 09/05/02 | |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other | Assigned |
|---|---|---|---|---|---|---|---|---|---|---|
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Cept | CIB Cept. | Traffic | I.A. | Other | Total |

| | | CASE NO: |
|---|---|---|
| **RICHMOND POLICE DEPARTMENT 0710** | | 02-21824 |
| Investigative Bureau Supplement RECORDS | | PAGE NO: |
| | | 5 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |
| VICTIM-S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | | | DATE OF ORIGINAL |
| GRISBY, ALDON | | | 08/11/02 |

The following is a summation of my interview of Nichols. Nichols told me she was in her bedroom when she heard a gunshot. Nichols said she ran to her front room. Nichols said her son Craig was looking through the front window. Nichols said Craig told her Arrington Green got a handgun from "Mexican Joe's" car and "snuck up" behind Aldon and Boykins. Nichols said she has known Aldon, Boykins, and Green for several years. Nichols said she sees all three of them on a regular basis. Nichols said people from the neighborhood frequently come to her house to "hang out." Officer Newton knows "Mexican Joe" to be Joseph Love.

Nichols said she looked outside. Nichols said Green told Aldon to "break" himself. Nichols said Boykins left on his bike after the first shot. Nichols said Aldon refused to give Green his money. Nichols said she saw Green shoot Aldon as they wrestled on the ground. Nichols said Green ran and dropped his gun in Love's driveway. Nichols told me she saw Green get in to the front passenger's side of Love's vehicle. Nichols told me Love picked up the gun and the casings. Nichols described the gun as an automatic. Nichols said Love ran to his car, where Green was waiting. Nichols said Love drove away with Green in the car. I asked Nichols if she could identify Green. Nichols said she knows Green and some of his wife's family. Nichols said she could identify Green. I showed Nichols a single photograph of Green. Nichols looked at the photo and said "That's Arrington." I asked Nichols if she saw Arrington shoot Butch (Aldon). Nichols replied "Yes." I asked Nichols to sign the photo. Nichols told me she heard the gun that Arrington used belonged to Love. This concluded Nichols statement to me. Craig Nichols was also in the home. He refused to speak with me. No weapon was found in Nichols' house or in the truck that was parked in the backyard.

### 1330 Hours

I had Officer Avila bring Green to CIB interview room #130. I read Green his rights per my issued Miranda card. Green understood his rights and initially agreed to speak with me. I told Green why he was arrested. I asked Green to tell me his side of the story. Green told me he did not know what I was talking about. Green said he wanted an attorney. Green was booked for robbery and assault with a firearm.

### 1440 Hours

I telephoned Caroline Grisby. Caroline told me Aldon had been transferred to the Kaiser Hospital in Oakland. Caroline said Aldon was in room 729.

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY | |
|---|---|---|---|---|---|
| Det. H. Esparza 1165 | | He | 09/05/02 | | |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other: | Assigned: |
|---|---|---|---|---|---|---|---|---|---|---|
| State | BS Capt | Fraud | C.A. | D.A. | Patrol Capt | CIB Capt | Traffic | I.A. | Other: | Total |

| | | CASE NO: |
|---|---|---|
| **RICHMOND POLICE DEPARTMENT 0710** | | 02-21824 |
| Investigative Bureau Supplement | | PAGE NO: |
| RECORDS | | 6 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |

| VICTIM-S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| GRISBY, ALDON | 08/11/02 |

### 05 September 2002 0945 Hours

Detective Louie Tirona and I went to Kaiser Permanente Hospital in Oakland. I interviewed Aldon in room #729. The following is a summation of that interview. The interview was recorded on audio cassette.

Aldon told me he went outside his mother in laws house to have a beer. Aldon told me Three Finger Herman was outside. Aldon told me a black male approached him and put a gun to his face. Aldon said the black male told him "Gimme all your money Butch." Aldon said he told the suspect "Give you all my money, for what?" The suspect told Aldon, "This is a robbery." Aldon said he thought the black male was "just play'n" because he (the black male) was supposed to be his (Aldon's) "partner." Aldon said he thought he was "set up." Aldon said the suspect and Herman were in front of the house talking before the robbery. Aldon told the suspect he would loan him money, but he was not just going to give him the money. The suspect again told Aldon it was a robbery. Aldon said the suspect fired one shot in the air to scare him. Aldon said he was able to get close enough to the suspect to reach for the gun. Aldon said he and the suspect "tussled" for the gun. Aldon said he and the suspect fell to the ground.

Aldon told me the suspect shot him on the side of his body. Aldon said the suspect dropped the gun and ran toward Pennsylvania Avenue. Aldon told me he picked up the gun and took it in the house with him. Aldon said he last saw the gun on the floor of his house. Aldon said he was "passing out." Aldon thought the police may have taken the gun. I told Aldon the police did not have the gun. Aldon described the gun as a .32 caliber revolver with a barrel length of about 7inches. I asked Aldon if anyone else saw what happened. Aldon said the entire neighborhood was watching.

I asked Aldon why the suspect would want to rob him if they knew each other. Aldon did not know why the suspect wanted to rob him. I asked Aldon if he had a conversation with anyone days before the robbery about Herman wanting to rob him. Aldon said someone told him Herman was talking about robbing him. Aldon confronted Herman with this information. Herman told Aldon he would never rob him. Aldon thought Joseph Love was also involved in the robbery. Aldon could not explain how Love was involved other than to say Love and the suspect are friends and Love was across the street when the robbery happened.

I asked Aldon if he could identify the suspect. He said he could. Aldon said the suspect "hangs out" in the area of 7th Street and Pennsylvania Avenue. I asked Aldon to read the photo line up admonishment. Aldon said he could

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|---|
| Det. H. Esparza 1165 | | He | 09/05/02 | |

| Robbery ___ | Com. Rel. ___ | A.T. ___ | Homicide ___ | Property ___ | Stat ___ | Admin. ___ | Juv. ___ | Vice ___ | Other:___ | Assigned:___ |
|---|---|---|---|---|---|---|---|---|---|---|
| State ___ | SS Capt. ___ | Fraud ___ | C.A. ___ | D.A. ___ | Patrol Capt. ___ | CIB Capt. ___ | Traffic ___ | I.A. ___ | Other:___ | Total ___ |

| | | CASE NO. |
|---|---|---|
| **RICHMOND POLICE DEPARTMENT 0710** | | 02-21824 |
| Investigative Bureau Supplement | | **PAGE NO.** |
| RECORDS | | 7 |

| CODE SECTION | CRIME/CLASSIFICATION | LOCATION | |
|---|---|---|---|
| PC245(A)(2) | ADW/FIREARM | 567 8 TH ST | |

| VICTIM=S NAME - LAST, FIRST, MIDDLE (FIRM IF BUS.) | DATE OF ORIGINAL |
|---|---|
| GRISBY, ALDON | 08/11/02 |

not see the letters. I read Aldon the photo line up admonishment. Aldon said he understood the admonishment. I asked Aldon to describe the suspect. Aldon said the suspect was about 6'03" tall, 120 pounds, with a dark complexion, and dark hair. I showed Aldon a photo line up with Arrington Green in the #4 position. Aldon pointed to the picture of Green and said "That's him, right there." I asked Aldon to circle the picture of the person he identified and to sign the line up. This concluded my interview of Aldon. Refer to the audio cassette for complete details.

**1105 Hours**

I telephoned Nichols to ask her if she was sure Love picked up the gun Green dropped. A male answered the phone. I asked for Cookie. Nichols came to the phone. I told Nichols I wanted to ask her a couple more questions. Nichols told me "I don't want to be no snitch. You're putting my life in danger. I didn't see nothing." I told Nichols that I understood her concern. I told Nichols that she did see what happened. Nichols replied, "I don't care what I said yesterday. I ain't gonna be no snitch." Nichols said she did not want to talk to me further. This concluded my conversation with Nichols.

**1200 Hours**

I telephoned Delores Berry to inquire about the whereabouts of the handgun. There was no answer.

**1330 Hours**

I drove to the District Attorney's Office. I spoke with Deputy District Attorney Gary Koeppel in his office about the details of this case. DDA Koeppel reviewed this case and filed felony 245(A)(2)PC, 211PC, 205PC, as well as numerous enhancements against Green.

**EVIDENCE: HOLD**

**CLEARANCE: ARREST/COMPLAINT**

| REPORTING OFFICERS | | TYPED BY | DATE | ROUTED BY |
|---|---|---|---|---|
| Det. H. Esparza 1165 | | He | 09/05/02 | |

| Robbery | Com. Rel. | A.T. | Homicide | Property | Stat | Admin. | Juv. | Vice | Other: | Assigned: |
|---|---|---|---|---|---|---|---|---|---|---|
| State | SS Capt. | Fraud | C.A. | D.A. | Patrol Capt. | CIB Capt. | Traffic | I.A. | Other: | Total |