10AM
YC
E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

10:07AM - 11:00AM

**FILED**
JUL 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 7/11/08

Case No: CR-08-00045-DLJ
Judge: D. Lowell Jensen
Reporter: IRENE RODRIGUEZ
Clerk: Frances Stone

Defendant(s): ARRINGTON DEWAYNE GREEN   Present? Y   In Custody? Y
Defense Counsel: JEROME MATTHEWS

US Attorney: ~~DEREK BUTTS~~
US Probation Officer: CONNIE COOK (for JESSICA GOLDSBERRY)

Reason for Hearing: SENTENCING

Ruling: -HELD

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM 144 MONTHS. DEF PLACED ON SUPERVISED RELEASE 5 YEARS. COUNT 2: THE SENTENCE IS SAME AS IN COUNT 1 - BOTH AS TO TERM OF IMPRISONMENT AND TO TERM AND CONDITIONS OF SUPERVISED RELEASE - TO RUN CONCURRENT TO COUNT 1. A $100 ASSESSMENT IS DUE IMMEDIATELY.